B1 (Official Form 1) (04/13)

| United States Bankruptcy Court<br>Distsrict of Puerto Rico | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>CIDRA METALLIC CASKET, INC. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>None | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all):   EIN: 66-0469181 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): |

| Street Address of Debtor (No. and Street, City, and State)<br>Carr 172 Km.7.9<br>Bo Certeneja<br>Cidra, PR          ZIPCODE 00739 | Street Address of Joint Debtor (No. and Street, City, and State)<br><br>ZIPCODE |
|---|---|
| County of Residence or of the Principal Place of Business:<br>Cidra | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>PO Box 177<br>Cidra, PR          ZIPCODE 00739 | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):          ZIPCODE | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in<br>11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☑ Clearing Bank<br>☑ Other | ☐ Chapter 7<br>☐ Chapter 9<br>☑ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13     ☐ Chapter 15 Petition for<br>Recognition of a Foreign<br>Main Proceeding<br><br>☐ Chapter 15 Petition for<br>Recognition of a Foreign<br>Nonmain Proceeding |

| Chapter 15 Debtors<br><br>Country of debtor's center of main interests: ———<br><br>Each country in which a foreign proceeding by,<br>regarding, or against debtor is pending: ———— | Tax-Exempt Entity<br>(Check box, if applicable)<br><br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code) | Nature of Debts<br>(Check one box)<br>☐ Debts are primarily consumer<br>debts, defined in 11 U.S.C.<br>§101(8) as "incurred by an<br>individual primarily for a<br>personal, family, or<br>household purpose."     ☑ Debts are<br>primarily<br>business debts. |
|---|---|---|

| Filing Fee (Check one box)<br><br>☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only)  Must attach<br>signed application for the court's consideration certifying that the debtor is unable<br>to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). See Official<br>attach signed application for the court's consideration. See Official Form 3B. | Chapter 11 Debtors<br>Check one box:<br>☑ Debtor is a small business as defined in 11 U.S.C. § 101(51D)<br>☐ Debtor is not a small business as defined in 11 U.S.C. § 101(51D)<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to<br>insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment<br>on 4/01/16 and every three years thereafter).*<br>-----------------------------------------------------<br>Check all applicable boxes<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more<br>classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
|---|---|

| Statistical/Administrative Information<br>☑ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for<br>distribution to unsecured creditors. | THIS SPACE IS FOR<br>COURT USE ONLY |
|---|---|

Estimated Number of Creditors

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | Over<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(04/13)

Page 2

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): CIDRA METALLIC CASKET, INC. |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: District of Puerto Rico | Case Number: 14-1751 | Date Filed: 3/6/2014 |
| Location Where Filed: N.A. | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: NONE | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11) | (To be completed if debtor is an individual whose debts are primarily consumer debts) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____ Signature of Attorney for Debtor(s)        Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United Sates in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(1)).

Bankruptcy2013 ©1991-2013, New Hope Software, Inc. ver. 4.7.2-792 - DCLM-ITEE*****

| B1 (Official Form 1) (04/13) | Page 3 |
|---|---|

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>CIDRA METALLIC CASKET, INC. |
|---|---|

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br><br>X _____<br>  Signature of Debtor<br><br>X _____<br>  Signature of Joint Debtor<br><br>_____<br>  Telephone Number (If not represented by attorney)<br><br>_____<br>  Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only **one** box.)<br><br>☐   I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 of title 11 are attached.<br><br>☐   Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>  (Signature of Foreign Representative)<br><br>_____<br>  (Printed Name of Foreign Representative)<br><br>_____<br>  (Date) |

| **Signature of Attorney\*** | **Signature of Non-Attorney Petition Preparer** |
|---|---|
| X _____<br>  Signature of Attorney for Debtor(s)<br>F. DAVID GODREAU ZAYAS 123207<br>  Printed Name of Attorney for Debtor(s)<br>Latimer,Biaggi,Rachid & Godreau LLP<br>  Firm Name<br>PO Box 9022512<br>  Address<br>San Juan PR  00902-2512<br><br>(787)724-0230<br>  Telephone Number<br><br>  Date<br>\*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, (2) I prepared this document for compensation, and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. § 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br><br>X _____<br><br>_____<br>Date<br>Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.<br><br>Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.* |

| **Signature of Debtor (Corporation/Partnership)** | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>  Signature of Authorized Individual<br>EDWIN COTTO RODRIGUEZ<br>  Printed Name of Authorized Individual<br>PRESIDENT<br>  Title of Authorized Individual<br><br>  Date | |

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-792 - DCLX4-FTEE*****

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Distsrict of Puerto Rico

In re    CIDRA METALLIC CASKET, INC.

Debtor

Case No. _____

Chapter    11 _____

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

### AMOUNTS SCHEDULED

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A -- Real Property | YES | 1 | $ 0.00 | | |
| B -- Personal Property | YES | 3 | $ 835,415.50 | | |
| C -- Property Claimed as exempt | YES | 1 | | | |
| D -- Creditors Holding Secured Claims | YES | 1 | | $ 0.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 3 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 1 | | $ 1,692,006.41 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | $ 0.00 |
| J - Current Expenditures of Individual Debtors(s) | NO | 0 | | | $ 0.00 |
| TOTAL | | 12 | $ 835,415.50 | $ 1,692,006.41 | |

B6A (Official Form 6A) (12/07)

In re   CIDRA METALLIC CASKET, INC.                                    Case No. _____
                  **Debtor**                                                                    **(If known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| None | | | | |
| | | Total | 0.00 | |

(Report also on Summary of Schedules.)

B6B (Official Form 6B) (12/07)

In re  CIDRA METALLIC CASKET, INC.                          Case No. _____
              Debtor                                                              (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See. 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | PETTY | | 100.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | BANCO POPULAR - GENERAL ACCOUNT #043494781 (CIDRA BRANCH) | | 19,973.97 |
| | | BANCO POPULAR - PAYROLL ACCOUNT #043-497349 (CIDRA BRANCH) | | 5,577.05 |
| | | BANCO POPULAR - TAX ACCOUNT #043-497357 (CIDRA BRANCH) | | 5,296.56 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | AAA | | 250.00 |
| | | AEE | | 0.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books. Pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-792 - DCLMcJTEH******

B6B (Official Form 6B) (12/07) -- Cont.

In re   CIDRA METALLIC CASKET, INC.                                    Case No. _____
             Debtor                                                                        (If known)

# SCHEDULE B - PERSONAL PROPERTY

(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | EXHIBIT A | | 659,764.05 |
| 17. Alimony, maintenance, support, and property settlement to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate or a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights of setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | TAX EXEMPTION DECREE, MANUFACTURERS LICENSE | | 0.00 |
| | | EXHIBIT B | | 0.00 |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. §101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | EXHIBIT C | | 30,500.00 |
| 26. Boats, motors, and accessories. | X | | | |

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.72-792 - DCLM-/TEB1*****

B6B (Official Form 6B) (12/07) -- Cont.

In re   CIDRA METALLIC CASKET, INC.                          Case No. _____
                    **Debtor**                                          **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | EXHIBIT D | | 3,915.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | EXHIBIT E | | 70,292.47 |
| 30. Inventory. | | EXHIBIT F | | 31,196.40 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | EXHIBIT G (FINISHED INVENTORY) | | 8,550.00 |

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-792 - DCLM-JTEE*****

                              ___0___ continuation sheets attached    Total    $    835,415.50

                              (Include amounts from any continuation
                              sheets attached. Report total also on
                              Summary of Schedules.)

Exhibit A

Cidra Metallic Casket, Inc.
Aged Receivables
As of Apr 30, 2015

| Customer ID | Customer | Date | Invoice/# | Amount Due |
|---|---|---|---|---|
| 107 | FUN. BENITO AMADOR E HIJOS#0014676-0010 | 5/10/13 | 43330 | 370.00 |
| 107 | FUN. BENITO AMADOR E HIJOS#0014676-0010 | 3/19/14 | 44256 | 370.00 |
| 107 | FUN. BENITO AMADOR E HIJOS#0014676-0010 | 9/15/14 | 44740 | 535.00 |
| 107 | FUN. BENITO AMADOR E HIJOS#0014676-0010 | 10/30/14 | 44852 | 885.00 |
| 107 | FUN. BENITO AMADOR E HIJOS#0014676-0010 | 12/2/14 | 44937 | 1,600.00 |
| 107 | FUN. BENITO AMADOR E HIJOS#0014676-0010 | 1/15/15 | 45060 | 567.10 |
| 107 | FUN. BENITO AMADOR E HIJOS#0014676-0010 | 1/15/15 | 45061 | 1,595.30 |
| 107 | FUN. BENITO AMADOR E HIJOS#0014676-0010 | 1/20/15 | 45083 | 567.10 |
| 107 | FUN. BENITO AMADOR E HIJOS#0014676-0010 | 2/5/15 | 45147 | 1,696.00 |
| 107 | FUN. BENITO AMADOR E HIJOS#0014676-0010 | 2/26/15 | 45197 | 1,696.00 |
| 107 | FUN. BENITO AMADOR E HIJOS#0014676-0010 | 3/10/15 | 45233 | 1,982.20 |
| 107 | FUN. BENITO AMADOR E HIJOS#0014676-0010 | 4/14/15 | 45322 | 1,696.00 |
| 107 | FUN. BENITO AMADOR E HIJOS#0014676-0010 | | | 13,559.70 |
| 109 | FUN. AMELIA MEMORIAL- 0071223-0011 | 10/22/13 | 43829 | 570.60 |
| 109 | FUN. AMELIA MEMORIAL- 0071223-0011 | 1/9/15 | 45042 | 1,099.40 |
| 109 | FUN. AMELIA MEMORIAL- 0071223-0011 | 1/24/15 | 45099 | 1,580.00 |
| 109 | FUN. AMELIA MEMORIAL- 0071223-0011 | 2/24/15 | 45188 | 1,200.00 |
| 109 | FUN. AMELIA MEMORIAL- 0071223-0011 | | | 4,450.00 |
| 112 | FUN. AVELLANET-@-CONSIGNACION | 8/30/12 | 42514 | 1,338.00 |
| 112 | FUN. AVELLANET-@-CONSIGNACION | 10/12/12 | 42561 | 669.00 |
| 112 | FUN. AVELLANET-@-CONSIGNACION | | | 2,007.00 |
| 115 | FUN. BAEZ - 0117052- 0010 | 4/19/11 | 40656 | 425.00 |
| 115 | FUN. BAEZ - 0117052- 0010 | 4/19/11 | 40657 | 360.00 |
| 115 | FUN. BAEZ - 0117052- 0010 | 6/29/12 | 42305 | 389.00 |
| 115 | FUN. BAEZ - 0117052- 0010 | | | 1,174.00 |
| 126-NUEVA | FUN. CAMPO RICO MEMORIAL | 7/27/11 | 41047 | 432.30 |
| 126-NUEVA | FUN. CAMPO RICO MEMORIAL | 12/23/11 | 41630 | 1,464.00 |
| 126-NUEVA | FUN. CAMPO RICO MEMORIAL | 12/30/11 | 41645 | 569.00 |
| 126-NUEVA | FUN. CAMPO RICO MEMORIAL | 1/4/12 | 41667 | 495.00 |
| 126-NUEVA | FUN. CAMPO RICO MEMORIAL | 2/2/12 | 41784 | 1,064.00 |
| 126-NUEVA | FUN. CAMPO RICO MEMORIAL | 2/17/12 | 41830 | 990.00 |
| 126-NUEVA | FUN. CAMPO RICO MEMORIAL | 3/23/12 | 41952 | 1,080.00 |
| 126-NUEVA | FUN. CAMPO RICO MEMORIAL | 6/25/12 | 42266 | 1,440.00 |
| 126-NUEVA | FUN. CAMPO RICO MEMORIAL | 11/27/12 | 42795 | 720.00 |
| 126-NUEVA | FUN. CAMPO RICO MEMORIAL | 10/2/13 | 43761 | 356.31 |
| 126-NUEVA | FUN. CAMPO RICO MEMORIAL | | | 8,610.61 |
| 171 | FUN. FERREIRA-0080425-0011 | 3/5/15 | 45211 | 783.00 |
| 171 | FUN. FERREIRA-0080425-0011 | | | 783.00 |
| 195 | FUN. LA FE | 12/15/11 | | 2,000.00 |
| 195 | FUN. LA FE | 9/6/12 | 42530 | 2,760.39 |
| 195 | FUN. LA FE | 11/18/13 | 43903 | 951.23 |
| 195 | FUN. LA FE | 11/21/13 | 43916 | 583.15 |
| 195 | FUN. LA FE | 1/11/14 | 44062 | 1,178.00 |

Cidra Metallic Casket, Inc.
Aged Receivables
As of Apr 30, 2015

| Customer ID | Customer | Date | Invoice/# | Amount Due |
|---|---|---|---|---|
| 195 | FUN. LA FE | 1/20/14 | 44089 | 2,078.00 |
| 195 | FUN. LA FE | 2/12/14 | 44171 | 1,099.00 |
| 195 | FUN. LA FE | 2/14/14 | 44177 | 1,638.00 |
| | | | | |
| 195 | FUN. LA FE | | | 12,287.77 |
| | | | | |
| 196 | FUN. LA MONSERRATE-CONS #00707340018 | 10/2/12 | 42619 | 339.55 |
| 196 | FUN. LA MONSERRATE-CONS #00707340018 | 10/12/12 | 42660 | 602.10 |
| 196 | FUN. LA MONSERRATE-CONS #00707340018 | 11/21/12 | 42778 | 400.50 |
| 196 | FUN. LA MONSERRATE-CONS #00707340018 | 12/7/12 | 42831 | 612.00 |
| 196 | FUN. LA MONSERRATE-CONS #00707340018 | 1/14/13 | 42941 | 324.00 |
| 196 | FUN. LA MONSERRATE-CONS #00707340018 | 1/24/13 | 42977 | 324.00 |
| 196 | FUN. LA MONSERRATE-CONS #00707340018 | 3/19/13 | 43176 | 1,483.20 |
| 196 | FUN. LA MONSERRATE-CONS #00707340018 | 5/7/14 | 44384 | 390.00 |
| | | | | |
| 196 | FUN. LA MONSERRATE-CONS #00707340018 | | | 4,475.35 |
| | | | | |
| 210 | FUN. MANOLIN FUN. HOME # 00537377-0022 | 10/10/13 | 43804 | 613.57 |
| 210 | FUN. MANOLIN FUN. HOME # 00537377-0022 | 1/28/14 | 44110 | 569.00 |
| | | | | |
| 210 | FUN. MANOLIN FUN. HOME # 00537377-0022 | | | 1,182.57 |
| | | | | |
| 213 | FUN. MARTELL # 0201994-0010 | 12/2/10 | 39964 | 420.00 |
| 213 | FUN. MARTELL # 0201994-0010 | 9/1/11 | 41206 | 1,075.00 |
| 213 | FUN. MARTELL # 0201994-0010 | 10/27/11 | 41408 | 420.00 |
| 213 | FUN. MARTELL # 0201994-0010 | 12/22/11 | 41622 | 1,075.00 |
| | | | | |
| 213 | FUN. MARTELL # 0201994-0010 | | | 2,990.00 |
| | | | | |
| 215 | FUN. MAYAGUEZ MEM.# 0113125-0018 | 7/16/14 | 44567 | 5,350.00 |
| 215 | FUN. MAYAGUEZ MEM.# 0113125-0018 | 10/15/14 | 44819 | 3,260.00 |
| 215 | FUN. MAYAGUEZ MEM.# 0113125-0018 | 11/13/14 | 44893 | 2,040.00 |
| 215 | FUN. MAYAGUEZ MEM.# 0113125-0018 | 11/15/14 | 44896 | 390.00 |
| 215 | FUN. MAYAGUEZ MEM.# 0113125-0018 | 1/17/15 | 45071 | 4,155.00 |
| 215 | FUN. MAYAGUEZ MEM.# 0113125-0018 | 2/13/15 | 45162 | 3,470.00 |
| 215 | FUN. MAYAGUEZ MEM.# 0113125-0018 | 3/25/15 | 45277 | 3,609.30 |
| | | | | |
| 215 | FUN. MAYAGUEZ MEM.# 0113125-0018 | | | 22,274.30 |
| | | | | |
| 220 | FUN. MOCA MEM. # 0054322-0012 | 12/15/11 | 41591 | 396.45 |
| 220 | FUN. MOCA MEM. # 0054322-0012 | 3/27/12 | 41955 | 800.00 |
| 220 | FUN. MOCA MEM. # 0054322-0012 | 2/12/14 | 44169 | 1,075.00 |
| | | | | |
| 220 | FUN. MOCA MEM. # 0054322-0012 | | | 2,271.45 |
| | | | | |
| 228 | FUN. OLIVER # 0216898-0016 | 6/8/11 | 40876 | 34.00 |
| 228 | FUN. OLIVER # 0216898-0016 | 6/27/11 | 40941 | 1,080.00 |
| 228 | FUN. OLIVER # 0216898-0016 | 7/1/11 | 40969 | 720.00 |
| 228 | FUN. OLIVER # 0216898-0016 | 8/1/11 | 41078 | 85.00 |
| 228 | FUN. OLIVER # 0216898-0016 | 10/17/11 | 41377 | 889.00 |
| 228 | FUN. OLIVER # 0216898-0016 | 11/14/11 | 41476 | 1,285.00 |
| 228 | FUN. OLIVER # 0216898-0016 | 1/3/12 | 41657 | 855.00 |
| 228 | FUN. OLIVER # 0216898-0016 | 2/17/12 | 41826 | 720.00 |
| 228 | FUN. OLIVER # 0216898-0016 | 3/5/12 | 41875 | 720.00 |
| 228 | FUN. OLIVER # 0216898-0016 | 4/5/12 | 41999 | 795.00 |

Cidra Metallic Casket, Inc.
Aged Receivables
As of Apr 30, 2015

| Customer ID | Customer | Date | Invoice/# | Amount Due |
|---|---|---|---|---|
| 298 | FUN. GURABO MEM.-CON # 0014071-0014 | 2/10/12 | 41814 | 435.00 |
| 298 | FUN. GURABO MEM.-CON # 0014071-0014 | 4/12/12 | 42018 | 719.00 |
| 298 | FUN. GURABO MEM.-CON # 0014071-0014 | 4/27/12 | 42072 | 800.00 |
| 298 | FUN. GURABO MEM.-CON # 0014071-0014 | 5/11/12 | 42107 | 360.00 |
| 298 | FUN. GURABO MEM.-CON # 0014071-0014 | 5/17/12 | 42135 | 790.00 |
| 298 | FUN. GURABO MEM.-CON # 0014071-0014 | 6/27/12 | 42282 | 599.40 |
| 298 | FUN. GURABO MEM.-CON # 0014071-0014 | 8/3/12 | 42431 | 430.00 |
| 298 | FUN. GURABO MEM.-CON # 0014071-0014 | 10/1/12 | 42605 | 442.20 |
| 298 | FUN. GURABO MEM.-CON # 0014071-0014 | 10/31/12 | 42721 | 820.60 |
| 298 | FUN. GURABO MEM.-CON # 0014071-0014 | 11/23/12 | 42785 | 214.20 |
| 298 | FUN. GURABO MEM.-CON # 0014071-0014 | 1/17/13 | 42951 | 430.00 |
| 298 | FUN. GURABO MEM.-CON # 0014071-0014 | 2/13/13 | 43066 | 820.20 |
| 298 | FUN. GURABO MEM.-CON # 0014071-0014 | 2/20/13 | 43100 | 355.25 |
| 298 | FUN. GURABO MEM.-CON # 0014071-0014 | 3/28/13 | 43207 | 545.00 |
| 298 | FUN. GURABO MEM.-CON # 0014071-0014 | 4/26/13 | 43279 | 435.00 |
| 298 | FUN. GURABO MEM.-CON # 0014071-0014 | 5/16/13 | 43349 | 870.00 |
| 298 | FUN. GURABO MEM.-CON # 0014071-0014 | 5/31/13 | 43395 | 360.00 |
| 298 | FUN. GURABO MEM.-CON # 0014071-0014 | 6/20/13 | 43464 | 870.00 |
| 298 | FUN. GURABO MEM.-CON # 0014071-0014 | 12/9/13 | 43951 | 495.00 |
| 298 | FUN. GURABO MEM.-CON # 0014071-0014 | 5/14/14 | 44419 | 378.40 |
| 298 | FUN. GURABO MEM.-CON # 0014071-0014 | | | 23,296.87 |
| 315 | FUN. J. AVILEZ MEM. # 0198556-0012 | 3/14/12 | 41903 | 305.00 |
| 315 | FUN. J. AVILEZ MEM. # 0198556-0012 | 4/10/12 | 42011 | 850.00 |
| 315 | FUN. J. AVILEZ MEM. # 0198556-0012 | 5/15/12 | 42127 | 1,080.00 |
| 315 | FUN. J. AVILEZ MEM. # 0198556-0012 | 5/15/12 | 42128 | 360.00 |
| 315 | FUN. J. AVILEZ MEM. # 0198556-0012 | 9/20/12 | 42585 | 370.00 |
| 315 | FUN. J. AVILEZ MEM. # 0198556-0012 | 10/2/12 | 42612 | 360.00 |
| 315 | FUN. J. AVILEZ MEM. # 0198556-0012 | | | 3,325.00 |
| 317 | FUN MUÑOZ LABOY # 0032288-0012 | 3/14/14 | 44248 | 695.00 |
| 317 | FUN MUÑOZ LABOY # 0032288-0012 | 4/8/14 | 44300 | 1,594.00 |
| 317 | FUN MUÑOZ LABOY # 0032288-0012 | 10/28/14 | 44834 | 1,970.00 |
| 317 | FUN MUÑOZ LABOY # 0032288-0012 | 11/25/14 | 44924 | 1,099.80 |
| 317 | FUN MUÑOZ LABOY # 0032288-0012 | 12/18/14 | 45005 | 800.00 |
| 317 | FUN MUÑOZ LABOY # 0032288-0012 | 2/12/15 | 45160 | 2,380.00 |
| 317 | FUN MUÑOZ LABOY # 0032288-0012 | | | 8,538.80 |
| 337 | FUN. ERICK MEMORIAL | 10/8/13 | 43796 | 217.10 |
| 337 | FUN. ERICK MEMORIAL | 11/7/13 | 43871 | 3,268.85 |
| 337 | FUN. ERICK MEMORIAL | 11/27/13 | 43932 | 979.05 |
| 337 | FUN. ERICK MEMORIAL | 12/12/13 | 43972 | 520.00 |
| 337 | FUN. ERICK MEMORIAL | 12/18/13 | 43998 | 1,440.00 |
| 337 | FUN. ERICK MEMORIAL | 3/8/14 | 44235 | 2,760.00 |
| 337 | FUN. ERICK MEMORIAL | 4/26/14 | 44361 | 2,815.00 |
| 337 | FUN. ERICK MEMORIAL | | | 12,000.00 |
| 339 | FUN. PEREZ SANTONI # 0056854-0012 | 12/11/14 | 44978 | 2,130.00 |
| 339 | FUN. PEREZ SANTONI # 0056854-0012 | 12/30/14 | 45027 | 826.80 |
| 339 | FUN. PEREZ SANTONI # 0056854-0012 | 2/20/15 | 45180 | 424.00 |
| 339 | FUN. PEREZ SANTONI # 0056854-0012 | 2/20/15 | 45181 | 848.00 |
| 339 | FUN. PEREZ SANTONI # 0056854-0012 | 3/10/15 | 45232 | 826.80 |

Cidra Metallic Casket, Inc.
Aged Receivables
As of Apr 30, 2015

| Customer ID | Customer | Date | Invoice/# | Amount Due |
|---|---|---|---|---|
| 228 | FUN. OLIVER # 0216898-0016 | 8/13/12 | 42456 | 720.00 |
| 228 | FUN. OLIVER # 0216898-0016 | 9/5/12 | 42528 | 865.00 |
| 228 | FUN. OLIVER # 0216898-0016 | 10/19/12 | 42682 | 865.00 |
| 228 | FUN. OLIVER # 0216898-0016 | 6/27/13 | 43482 | 360.00 |
| 228 | FUN. OLIVER # 0216898-0016 | | | 9,993.00 |
| 255 | FUN. SAN ANTONIO # 0147333-0018 | 4/11/11 | 40627 | 476.00 |
| 255 | FUN. SAN ANTONIO # 0147333-0018 | 11/8/13 | 43884 | 781.10 |
| 255 | FUN. SAN ANTONIO # 0147333-0018 | | | 1,257.10 |
| 259 | FUN. SAN FRANCISCO - 0041531-0014 | 7/7/05 | 27862 LUIQUII | 132.71 |
| 259 | FUN. SAN FRANCISCO - 0041531-0014 | 9/21/05 | 28312 | 3,257.00 |
| 259 | FUN. SAN FRANCISCO - 0041531-0014 | 2/9/07 | 31887 | 3,200.00 |
| 259 | FUN. SAN FRANCISCO - 0041531-0014 | 6/4/07 | 32709 | 377.10 |
| 259 | FUN. SAN FRANCISCO - 0041531-0014 | 9/30/08 | 35684 FLAT TO | 490.00 |
| 259 | FUN. SAN FRANCISCO - 0041531-0014 | 7/1/10 | 39269 | 983.38 |
| 259 | FUN. SAN FRANCISCO - 0041531-0014 | 7/14/11 | 41002 | 2,357.52 |
| 259 | FUN. SAN FRANCISCO - 0041531-0014 | 8/24/11 | 41173 | 2,274.80 |
| 259 | FUN. SAN FRANCISCO - 0041531-0014 | 9/13/11 | 41222 | 2,156.00 |
| 259 | FUN. SAN FRANCISCO - 0041531-0014 | 8/2/12 | 42423 | 3,438.16 |
| 259 | FUN. SAN FRANCISCO - 0041531-0014 | 2/10/15 | 45154 | 2,546.54 |
| 259 | FUN. SAN FRANCISCO - 0041531-0014 | 2/17/15 | 45170 | 527.03 |
| 259 | FUN. SAN FRANCISCO - 0041531-0014 | 2/18/15 | 45173 | 1,865.60 |
| 259 | FUN. SAN FRANCISCO - 0041531-0014 | 3/10/15 | 45237 | 2,378.64 |
| 259 | FUN. SAN FRANCISCO - 0041531-0014 | 4/9/15 | 45316 | 6,137.82 |
| 259 | FUN. SAN FRANCISCO - 0041531-0014 | | | 32,122.30 |
| 268 | FUN. SANTA MARTA- 0018310-0012 | 4/28/10 | 39004 | 997.80 |
| 268 | FUN. SANTA MARTA- 0018310-0012 | 7/13/10 | 39317 | 720.00 |
| 268 | FUN. SANTA MARTA- 0018310-0012 | 10/22/10 | 39789 | 370.00 |
| 268 | FUN. SANTA MARTA- 0018310-0012 | 12/23/10 | 40086 | 1,370.00 |
| 268 | FUN. SANTA MARTA- 0018310-0012 | 12/27/10 | 40106 | 839.00 |
| 268 | FUN. SANTA MARTA- 0018310-0012 | 2/8/11 | 40308 | 395.00 |
| 268 | FUN. SANTA MARTA- 0018310-0012 | 5/23/11 | 40805 | 855.00 |
| 268 | FUN. SANTA MARTA- 0018310-0012 | 5/30/11 | 40838 | 815.00 |
| 268 | FUN. SANTA MARTA- 0018310-0012 | 6/27/11 | 40948 | 327.00 |
| 268 | FUN. SANTA MARTA- 0018310-0012 | 7/1/11 | 40970 | 657.00 |
| 268 | FUN. SANTA MARTA- 0018310-0012 | 12/22/11 | 41593 | 469.00 |
| 268 | FUN. SANTA MARTA- 0018310-0012 | 1/1/12 | 43344 | 720.00 |
| 268 | FUN. SANTA MARTA- 0018310-0012 | 1/18/12 | 41724 | 355.00 |
| 268 | FUN. SANTA MARTA- 0018310-0012 | 4/5/12 | 42000 | 1,620.00 |
| 268 | FUN. SANTA MARTA- 0018310-0012 | 4/5/12 | 42001 | 360.00 |
| 268 | FUN. SANTA MARTA- 0018310-0012 | 10/2/12 | 42611 BABY PI | 170.00 |
| 268 | FUN. SANTA MARTA- 0018310-0012 | 11/8/12 | 42739 | 386.00 |
| 268 | FUN. SANTA MARTA- 0018310-0012 | 12/7/12 | 42832 | 360.00 |
| 268 | FUN. SANTA MARTA- 0018310-0012 | 12/11/12 | 42836 | 469.00 |
| 268 | FUN. SANTA MARTA- 0018310-0012 | 1/18/13 | 42955 | 360.00 |
| 268 | FUN. SANTA MARTA- 0018310-0012 | 2/27/13 | 43122 | 1,440.00 |
| 268 | FUN. SANTA MARTA- 0018310-0012 | 6/27/13 | 43484 | 563.80 |
| 268 | FUN. SANTA MARTA- 0018310-0012 | 7/2/13 | 43504 | 346.68 |
| 268 | FUN. SANTA MARTA- 0018310-0012 | 8/8/14 | 44632 | 60.00 |
| 268 | FUN. SANTA MARTA- 0018310-0012 | 12/22/14 | 45024 | 118.20 |
| 268 | FUN. SANTA MARTA- 0018310-0012 | 1/22/15 | 45166 | 38.34 |
| 268 | FUN. SANTA MARTA- 0018310-0012 | 1/22/15 | 45167 | 24.00 |

Cidra Metallic Casket, Inc.
## Aged Receivables
As of Apr 30, 2015

| Customer ID | Customer | Date | Invoice/# | Amount Due |
|---|---|---|---|---|
| 268 | FUN. SANTA MARTA- 0018310-0012 | 2/13/15 | 45183 | 30.30 |
| 268 | FUN. SANTA MARTA- 0018310-0012 | 2/13/15 | 45184 | 23.40 |
| 268 | FUN. SANTA MARTA- 0018310-0012 | 2/13/15 | 45185 | 24.00 |
| 268 | FUN. SANTA MARTA- 0018310-0012 | | | 15,283.52 |
| 272 | FUN. STEIDELL # 0040222-0011 | 1/27/15 | 45109 | 2,454.00 |
| 272 | FUN. STEIDELL # 0040222-0011 | | | 2,454.00 |
| 288-B | FUN. YABUCOA MEM.# 0061233-0013 | 9/16/13 | 43701 | 567.56 |
| 288-B | FUN. YABUCOA MEM.# 0061233-0013 | 10/3/13 | 43764 | 1,545.62 |
| 288-B | FUN. YABUCOA MEM.# 0061233-0013 | 11/4/13 | 43854 | 1,068.93 |
| 288-B | FUN. YABUCOA MEM.# 0061233-0013 | 12/6/13 | 43946 | 972.00 |
| 288-B | FUN. YABUCOA MEM.# 0061233-0013 | 1/30/14 | 44119 | 333.00 |
| 288-B | FUN. YABUCOA MEM.# 0061233-0013 | 1/30/14 | 44124 | 2,321.40 |
| 288-B | FUN. YABUCOA MEM.# 0061233-0013 | 2/14/14 | 44178 | 2,098.80 |
| 288-B | FUN. YABUCOA MEM.# 0061233-0013 | 3/28/14 | 44283 | 1,668.55 |
| 288-B | FUN. YABUCOA MEM.# 0061233-0013 | 5/6/14 | 44381 | 1,773.00 |
| 288-B | FUN. YABUCOA MEM.# 0061233-0013 | 5/29/14 | 44458 | 1,677.60 |
| 288-B | FUN. YABUCOA MEM.# 0061233-0013 | 9/26/14 | 44776 | 1,960.20 |
| 288-B | FUN. YABUCOA MEM.# 0061233-0013 | 10/23/14 | 44831 | 1,089.00 |
| 288-B | FUN. YABUCOA MEM.# 0061233-0013 | 10/28/14 | 44838 | 1,089.00 |
| 288-B | FUN. YABUCOA MEM.# 0061233-0013 | 12/18/14 | 45006 | 530.76 |
| 288-B | FUN. YABUCOA MEM.# 0061233-0013 | | | 18,695.42 |
| 293 | FUN. SAN LUIS # 0742409-0024 | 8/10/12 | 42445 | 796.00 |
| 293 | FUN. SAN LUIS # 0742409-0024 | 10/12/12 | 42655 | 1,440.00 |
| 293 | FUN. SAN LUIS # 0742409-0024 | 1/10/13 | 42925 | 220.00 |
| 293 | FUN. SAN LUIS # 0742409-0024 | 4/2/13 | 43213 | 550.00 |
| 293 | FUN. SAN LUIS # 0742409-0024 | 4/24/13 | 43275 | 1,080.00 |
| 293 | FUN. SAN LUIS # 0742409-0024 | 5/1/13 | 43304 | 360.00 |
| 293 | FUN. SAN LUIS # 0742409-0024 | 7/23/13 | 43551 | 5,295.00 |
| 293 | FUN. SAN LUIS # 0742409-0024 | 7/24/13 | 43558 | 360.00 |
| 293 | FUN. SAN LUIS # 0742409-0024 | 11/19/13 | 43913 | 1,540.80 |
| 293 | FUN. SAN LUIS # 0742409-0024 | | | 11,641.80 |
| 298 | FUN. GURABO MEM.-CON # 0014071-0014 | 12/28/10 | 40118 | 473.06 |
| 298 | FUN. GURABO MEM.-CON # 0014071-0014 | 2/23/11 | 40399 | 930.20 |
| 298 | FUN. GURABO MEM.-CON # 0014071-0014 | 3/31/11 | 40567 | 2,400.00 |
| 298 | FUN. GURABO MEM.-CON # 0014071-0014 | 4/19/11 | 40663 | 870.00 |
| 298 | FUN. GURABO MEM.-CON # 0014071-0014 | 5/2/11 | 40717 | 435.00 |
| 298 | FUN. GURABO MEM.-CON # 0014071-0014 | 5/10/11 | 40761 | 435.00 |
| 298 | FUN. GURABO MEM.-CON # 0014071-0014 | 5/31/11 | 40840 | 435.00 |
| 298 | FUN. GURABO MEM.-CON # 0014071-0014 | 7/13/11 | 40999 | 495.00 |
| 298 | FUN. GURABO MEM.-CON # 0014071-0014 | 7/21/11 | 41017 | 435.00 |
| 298 | FUN. GURABO MEM.-CON # 0014071-0014 | 10/11/11 | 41346 | 975.00 |
| 298 | FUN. GURABO MEM.-CON # 0014071-0014 | 10/12/11 | 41349 | 346.80 |
| 298 | FUN. GURABO MEM.-CON # 0014071-0014 | 11/1/11 | 41434 | 748.36 |
| 298 | FUN. GURABO MEM.-CON # 0014071-0014 | 11/16/11 | 41479 | 495.00 |
| 298 | FUN. GURABO MEM.-CON # 0014071-0014 | 12/7/11 | 41558 | 495.00 |
| 298 | FUN. GURABO MEM.-CON # 0014071-0014 | 12/19/11 | 41602 | 846.30 |
| 298 | FUN. GURABO MEM.-CON # 0014071-0014 | 1/19/12 | 41731 | 457.90 |
| 298 | FUN. GURABO MEM.-CON # 0014071-0014 | 1/31/12 | 41762 | 495.00 |
| 298 | FUN. GURABO MEM.-CON # 0014071-0014 | 2/3/12 | 41788 | 360.00 |

Cidra Metallic Casket, Inc.
Aged Receivables
As of Apr 30, 2015

| Customer ID | Customer | Date | Invoice/# | Amount Due |
|---|---|---|---|---|
| 339 | FUN. PEREZ SANTONI # 0056854-0012 | | | 5,055.60 |
| 353 | FUN. BORINQUEN | 2/20/12 | 41836 | 720.00 |
| 353 | FUN. BORINQUEN | 2/13/13 | 43061 | 860.00 |
| 353 | FUN. BORINQUEN | | | 1,580.00 |
| 354 | FUN. DAVIS FUNERAL HOME | 1/27/11 | 40239 | 3,007.00 |
| 354 | FUN. DAVIS FUNERAL HOME | 6/7/11 | 40872 | 689.00 |
| 354 | FUN. DAVIS FUNERAL HOME | 6/9/11 | 40878 | 3,143.00 |
| 354 | FUN. DAVIS FUNERAL HOME | | | 6,839.00 |
| 357 | FUN.MUÑOZ MEM. # 0118858-0019 | 4/12/12 | 42016 | 1,127.00 |
| 357 | FUN.MUÑOZ MEM. # 0118858-0019 | 11/16/12 | 42769 | 1,080.00 |
| 357 | FUN.MUÑOZ MEM. # 0118858-0019 | 11/19/12 | 42774 | 2,540.00 |
| 357 | FUN.MUÑOZ MEM. # 0118858-0019 | | | 4,747.00 |
| 375 | FUN. LOIZA MEM. # 0117142-0019 | 9/16/14 | 44746 | 370.00 |
| 375 | FUN. LOIZA MEM. # 0117142-0019 | 11/21/14 | 44916 | 2,000.00 |
| 375 | FUN. LOIZA MEM. # 0117142-0019 | 2/4/15 | CHEQUE 3033 | 240.00 |
| 375 | FUN. LOIZA MEM. # 0117142-0019 | | | 2,610.00 |
| 386 | FUN. UTUADO MEM.CON. # 0035684-0019 | 3/16/15 | 45245 | 1,969.48 |
| 386 | FUN. UTUADO MEM.CON. # 0035684-0019 | 3/18/15 | 45267 | 413.40 |
| 386 | FUN. UTUADO MEM.CON. # 0035684-0019 | | | 2,382.88 |
| 402 | FUN. JENKINS FUNERAL HOME | 5/30/11 | 40829 | 1,150.00 |
| 402 | FUN. JENKINS FUNERAL HOME | 7/19/11 | 41012 | 545.00 |
| 402 | FUN. JENKINS FUNERAL HOME | 9/12/13 | 43689 | 1,175.00 |
| 402 | FUN. JENKINS FUNERAL HOME | 3/31/14 | 44295 | 302.50 |
| 402 | FUN. JENKINS FUNERAL HOME | 4/24/14 | 44347 | 90.00 |
| 402 | FUN. JENKINS FUNERAL HOME | 7/17/14 | 44574 | 65.71 |
| 402 | FUN. JENKINS FUNERAL HOME | | | 3,328.21 |
| 414 | BORINQUEN MEM | 4/19/12 | 42042 | 200.00 |
| 414 | BORINQUEN MEM | 1/9/13 | 42921 | 145.00 |
| 414 | BORINQUEN MEM | 1/21/13 | 42959 | 80.00 |
| 414 | BORINQUEN MEM | 3/1/13 | 43127 | 65.00 |
| 414 | BORINQUEN MEM | 3/7/13 | 43138 | 80.00 |
| 414 | BORINQUEN MEM | 3/28/13 | 43205 | 240.00 |
| 414 | BORINQUEN MEM | 4/10/13 | 43241 | 184.00 |
| 414 | BORINQUEN MEM | 4/26/13 | 43282 | 490.00 |
| 414 | BORINQUEN MEM | 4/29/13 | 43295 | 380.00 |
| 414 | BORINQUEN MEM | 5/1/13 | 43297 | 20.00 |
| 414 | BORINQUEN MEM | 5/8/13 | 43326 | 100.00 |
| 414 | BORINQUEN MEM | 5/14/13 | 43336 | 20.00 |
| 414 | BORINQUEN MEM | 6/4/13 | 43405 | 40.00 |
| 414 | BORINQUEN MEM | 6/14/13 | 43441 | 20.00 |
| 414 | BORINQUEN MEM | 6/17/13 | 43453 | 40.00 |

Cidra Metallic Casket, Inc.
Aged Receivables
As of Apr 30, 2015

| Customer ID | Customer | Date | Invoice/# | Amount Due |
|---|---|---|---|---|
| 414 | BORINQUEN MEM | 6/20/13 | 43463 | 80.00 |
| 414 | BORINQUEN MEM | 8/30/13 | 43655 | 42.80 |
| 414 | BORINQUEN MEM | 9/16/13 | 43699 | 192.60 |
| 414 | BORINQUEN MEM | 10/10/13 | 43805 | 42.80 |
| 414 | BORINQUEN MEM | 11/1/13 | 43852 | 42.80 |
| 414 | BORINQUEN MEM | 11/8/13 | 43883 | 535.00 |
| 414 | BORINQUEN MEM | 3/14/14 | 44250 | 120.00 |
| 414 | BORINQUEN MEM | 3/27/14 | 44282 | 65.00 |
| 414 | BORINQUEN MEM | 4/15/14 | 44321 | 130.00 |
| 414 | BORINQUEN MEM | 4/15/14 | 44327 | 400.00 |
| 414 | BORINQUEN MEM | 4/23/14 | 44348 | 180.00 |
| 414 | BORINQUEN MEM | 4/30/14 | 44364 | 345.00 |
| 414 | BORINQUEN MEM | 5/12/14 | 44409 | 355.00 |
| 414 | BORINQUEN MEM | 5/22/14 | 44443 | 200.00 |
| 414 | BORINQUEN MEM | 6/5/14 | 44478 | 355.00 |
| 414 | BORINQUEN MEM | 7/1/14 | 44530 | 315.00 |
| | | | | |
| 414 | BORINQUEN MEM | | | 5,505.00 |
| | | | | |
| 417 | FUN.RIO GRANDE MEM.-CON.# 0132028-0011 | 5/7/10 | 39056 | 1,795.00 |
| 417 | FUN.RIO GRANDE MEM.-CON.# 0132028-0011 | 5/21/10 | 39112 | 1,373.95 |
| 417 | FUN.RIO GRANDE MEM.-CON.# 0132028-0011 | 6/4/10 | 39171 | 2,155.00 |
| 417 | FUN.RIO GRANDE MEM.-CON.# 0132028-0011 | 6/30/10 | 39266 | 756.00 |
| 417 | FUN.RIO GRANDE MEM.-CON.# 0132028-0011 | 7/6/10 | 39287 | 397.00 |
| 417 | FUN.RIO GRANDE MEM.-CON.# 0132028-0011 | 8/3/10 | 39413 | 2,525.90 |
| 417 | FUN.RIO GRANDE MEM.-CON.# 0132028-0011 | 9/8/10 | 39580 | 1,102.00 |
| 417 | FUN.RIO GRANDE MEM.-CON.# 0132028-0011 | 9/17/10 | 39627 | 538.00 |
| 417 | FUN.RIO GRANDE MEM.-CON.# 0132028-0011 | 9/29/10 | 39686 | 1,296.00 |
| 417 | FUN.RIO GRANDE MEM.-CON.# 0132028-0011 | 10/28/10 | 39814 | 1,193.50 |
| 417 | FUN.RIO GRANDE MEM.-CON.# 0132028-0011 | 11/5/10 | 39844 | 860.00 |
| 417 | FUN.RIO GRANDE MEM.-CON.# 0132028-0011 | 11/15/10 | 39887 | 720.00 |
| 417 | FUN.RIO GRANDE MEM.-CON.# 0132028-0011 | 11/26/10 | 39938 | 832.00 |
| 417 | FUN.RIO GRANDE MEM.-CON.# 0132028-0011 | 12/6/10 | 39983 | 688.00 |
| 417 | FUN.RIO GRANDE MEM.-CON.# 0132028-0011 | 12/20/10 | 40059 | 512.50 |
| 417 | FUN.RIO GRANDE MEM.-CON.# 0132028-0011 | 1/31/11 | 40251 | 1,120.00 |
| 417 | FUN.RIO GRANDE MEM.-CON.# 0132028-0011 | 2/21/11 | 40381 | 799.00 |
| 417 | FUN.RIO GRANDE MEM.-CON.# 0132028-0011 | 3/29/11 | 40548 | 1,640.00 |
| 417 | FUN.RIO GRANDE MEM.-CON.# 0132028-0011 | 3/29/11 | 40549 | 1,150.00 |
| 417 | FUN.RIO GRANDE MEM.-CON.# 0132028-0011 | 7/14/11 | 41010 | 1,600.00 |
| 417 | FUN.RIO GRANDE MEM.-CON.# 0132028-0011 | 9/16/11 | 41238 | 468.00 |
| 417 | FUN.RIO GRANDE MEM.-CON.# 0132028-0011 | 9/27/11 | 41278 | 1,188.00 |
| 417 | FUN.RIO GRANDE MEM.-CON.# 0132028-0011 | 10/20/11 | 41391 | 756.00 |
| 417 | FUN.RIO GRANDE MEM.-CON.# 0132028-0011 | 10/21/11 | 41392 | 396.00 |
| 417 | FUN.RIO GRANDE MEM.-CON.# 0132028-0011 | 10/25/11 | 41406 | 313.00 |
| 417 | FUN.RIO GRANDE MEM.-CON.# 0132028-0011 | 11/25/11 | 41509 | 345.00 |
| 417 | FUN.RIO GRANDE MEM.-CON.# 0132028-0011 | 12/7/11 | 41561 | 800.00 |
| 417 | FUN.RIO GRANDE MEM.-CON.# 0132028-0011 | 12/13/11 | 41581 | 317.00 |
| 417 | FUN.RIO GRANDE MEM.-CON.# 0132028-0011 | 12/30/11 | 41647 | 720.00 |
| 417 | FUN.RIO GRANDE MEM.-CON.# 0132028-0011 | 1/12/12 | 41695 | 430.00 |
| 417 | FUN.RIO GRANDE MEM.-CON.# 0132028-0011 | 1/19/12 | 41732 | 400.00 |
| 417 | FUN.RIO GRANDE MEM.-CON.# 0132028-0011 | 2/9/12 | 41811 | 430.00 |
| 417 | FUN.RIO GRANDE MEM.-CON.# 0132028-0011 | 2/20/12 | 41834 | 1,075.00 |
| 417 | FUN.RIO GRANDE MEM.-CON.# 0132028-0011 | 3/12/12 | 41889 | 1,875.00 |
| 417 | FUN.RIO GRANDE MEM.-CON.# 0132028-0011 | 8/31/12 | 42517 | 1,089.90 |
| 417 | FUN.RIO GRANDE MEM.-CON.# 0132028-0011 | 9/6/12 | 42531 | 360.00 |
| 417 | FUN.RIO GRANDE MEM.-CON.# 0132028-0011 | 9/20/12 | 42576 | -86.00 |
| 417 | FUN.RIO GRANDE MEM.-CON.# 0132028-0011 | 10/8/12 | 42649 | 444.00 |
| 417 | FUN.RIO GRANDE MEM.-CON.# 0132028-0011 | 10/9/12 | 42646 | 430.00 |
| 417 | FUN.RIO GRANDE MEM.-CON.# 0132028-0011 | 10/19/12 | 42679 | 1,080.00 |

Cidra Metallic Casket, Inc.

Aged Receivables

As of Apr 30, 2015

| Customer ID | Customer | Date | Invoice/# | Amount Due |
|---|---|---|---|---|
| 417 | FUN.RIO GRANDE MEM.-CON.# 0132028-0011 | 10/31/12 | 42723 | 2,266.00 |
| 417 | FUN.RIO GRANDE MEM.-CON.# 0132028-0011 | 11/1/12 | 42726 | 584.00 |
| 417 | FUN.RIO GRANDE MEM.-CON.# 0132028-0011 | 11/14/12 | 42756 | 396.00 |
| 417 | FUN.RIO GRANDE MEM.-CON.# 0132028-0011 | 12/4/12 | 42814 | 1,186.00 |
| 417 | FUN.RIO GRANDE MEM.-CON.# 0132028-0011 | 1/31/13 | 43004 | 1,075.00 |
| 417 | FUN.RIO GRANDE MEM.-CON.# 0132028-0011 | 10/15/13 | 43813 | 360.00 |
| 417 | FUN.RIO GRANDE MEM.-CON.# 0132028-0011 | 2/14/14 | 44175 | 430.00 |
| 417 | FUN.RIO GRANDE MEM.-CON.# 0132028-0011 | 3/24/14 | 44269 | 495.00 |
| 417 | FUN.RIO GRANDE MEM.-CON.# 0132028-0011 | 4/2/14 | 44291 | 430.00 |
| 417 | FUN.RIO GRANDE MEM.-CON.# 0132028-0011 | | | 43,106.75 |
| 425 | FUN. EL CEMI MEMORIAL-CON.0090061-0012 | 3/18/11 | 40515 | 850.00 |
| 425 | FUN. EL CEMI MEMORIAL-CON.0090061-0012 | 5/12/11 | 40766 | 360.00 |
| 425 | FUN. EL CEMI MEMORIAL-CON.0090061-0012 | 8/31/11 | 41194 | 360.00 |
| 425 | FUN. EL CEMI MEMORIAL-CON.0090061-0012 | 10/13/11 | 41361 | 360.00 |
| 425 | FUN. EL CEMI MEMORIAL-CON.0090061-0012 | 11/25/11 | 41521 | 360.00 |
| 425 | FUN. EL CEMI MEMORIAL-CON.0090061-0012 | 2/21/12 | 41846 | 720.00 |
| 425 | FUN. EL CEMI MEMORIAL-CON.0090061-0012 | 7/10/12 | 42330 | 425.00 |
| 425 | FUN. EL CEMI MEMORIAL-CON.0090061-0012 | 8/2/12 | 42418 | 850.00 |
| 425 | FUN. EL CEMI MEMORIAL-CON.0090061-0012 | 10/12/12 | 42654 | 1,120.00 |
| 425 | FUN. EL CEMI MEMORIAL-CON.0090061-0012 | 6/4/13 | 43404 | 425.00 |
| 425 | FUN. EL CEMI MEMORIAL-CON.0090061-0012 | | | 5,830.00 |
| 426 | FUN. MONTE DE SION | 1/4/13 | 42903 | 1,433.50 |
| 426 | FUN. MONTE DE SION | 1/25/13 | 42979 | 1,290.00 |
| 426 | FUN. MONTE DE SION | 2/13/13 | 43067 | 2,308.00 |
| 426 | FUN. MONTE DE SION | 4/12/13 | 43246 | 4,342.00 |
| 426 | FUN. MONTE DE SION | 4/26/13 | 43278 | 1,040.00 |
| 426 | FUN. MONTE DE SION | | | 10,413.50 |
| 433 | FUN. DIAZ - 0116134-0017 | 9/1/11 | 41199 | 742.00 |
| 433 | FUN. DIAZ - 0116134-0017 | 9/16/11 | 41235 | 519.00 |
| 433 | FUN. DIAZ - 0116134-0017 | 9/21/11 | 41247 | 760.00 |
| 433 | FUN. DIAZ - 0116134-0017 | 9/30/11 | 41302 | 800.00 |
| 433 | FUN. DIAZ - 0116134-0017 | 10/5/11 | 41322 | 370.00 |
| 433 | FUN. DIAZ - 0116134-0017 | 10/5/11 | 41323 | 425.00 |
| 433 | FUN. DIAZ - 0116134-0017 | 10/27/11 | 41416 | 1,955.00 |
| 433 | FUN. DIAZ - 0116134-0017 | 12/9/11 | 41576 | 1,338.00 |
| 433 | FUN. DIAZ - 0116134-0017 | 12/29/11 | 41636 | 740.00 |
| 433 | FUN. DIAZ - 0116134-0017 | 1/13/12 | 41706 | 529.00 |
| 433 | FUN. DIAZ - 0116134-0017 | 1/21/12 | 41751 | 1,520.00 |
| 433 | FUN. DIAZ - 0116134-0017 | 2/7/12 | 41795 | 1,100.00 |
| 433 | FUN. DIAZ - 0116134-0017 | 2/24/12 | 41860 | 360.00 |
| 433 | FUN. DIAZ - 0116134-0017 | 3/15/12 | 41907 | 1,820.00 |
| 433 | FUN. DIAZ - 0116134-0017 | 3/27/12 | 41958 | 954.00 |
| 433 | FUN. DIAZ - 0116134-0017 | 4/10/12 | 42007 | 529.00 |
| 433 | FUN. DIAZ - 0116134-0017 | 4/16/12 | 42023 | 400.00 |
| 433 | FUN. DIAZ - 0116134-0017 | 4/20/12 | 42049 | 1,155.00 |
| 433 | FUN. DIAZ - 0116134-0017 | 4/26/12 | 42066 | 519.00 |
| 433 | FUN. DIAZ - 0116134-0017 | 5/9/12 | 42103 | 865.00 |
| 433 | FUN. DIAZ - 0116134-0017 | 5/24/12 | 42172 | 1,120.00 |
| 433 | FUN. DIAZ - 0116134-0017 | 6/1/12 | 42194 | 1,460.00 |
| 433 | FUN. DIAZ - 0116134-0017 | 6/15/12 | 42242 | 1,225.00 |
| 433 | FUN. DIAZ - 0116134-0017 | 6/21/12 | 42251 | 740.00 |

Cidra Metallic Casket, Inc.
Aged Receivables
As of Apr 30, 2015

| Customer ID | Customer | Date | Invoice/# | Amount Due |
|---|---|---|---|---|
| 433 | FUN. DIAZ - 0116134-0017 | 7/3/12 | 42311 | 1,890.00 |
| 433 | FUN. DIAZ - 0116134-0017 | 8/17/12 | 42474 | 740.00 |
| 433 | FUN. DIAZ - 0116134-0017 | 8/22/12 | 42494 | 425.00 |
| 433 | FUN. DIAZ - 0116134-0017 | | | 25,000.00 |
| 435 | FUN. CARRION MEM.CON.# 0010429-0018 | 5/11/12 | 42106 | 1,182.70 |
| 435 | FUN. CARRION MEM.CON.# 0010429-0018 | 6/11/12 | 42217 | 596.00 |
| 435 | FUN. CARRION MEM.CON.# 0010429-0018 | 6/27/12 | 42278 | 324.00 |
| 435 | FUN. CARRION MEM.CON.# 0010429-0018 | 7/18/12 | 42369 | 324.00 |
| 435 | FUN. CARRION MEM.CON.# 0010429-0018 | 8/3/12 | 42396 | 972.00 |
| 435 | FUN. CARRION MEM.CON.# 0010429-0018 | 8/17/12 | 42481 | 765.00 |
| 435 | FUN. CARRION MEM.CON.# 0010429-0018 | 9/17/12 | 42567 | 765.00 |
| 435 | FUN. CARRION MEM.CON.# 0010429-0018 | 10/1/12 | 42604 | 324.00 |
| 435 | FUN. CARRION MEM.CON.# 0010429-0018 | 11/29/12 | 42802 | 382.50 |
| 435 | FUN. CARRION MEM.CON.# 0010429-0018 | 11/30/13 | 43978 | -385.20 |
| 435 | FUN. CARRION MEM.CON.# 0010429-0018 | 5/6/14 | 44377 | 400.00 |
| 435 | FUN. CARRION MEM.CON.# 0010429-0018 | 10/2/14 | 44795 | 133.00 |
| 435 | FUN. CARRION MEM.CON.# 0010429-0018 | 11/28/14 | 44973 | 6.00 |
| 435 | FUN. CARRION MEM.CON.# 0010429-0018 | | | 5,789.00 |
| 456 | FUN. AVILES RAMOS- 0023237-0010 | 1/20/15 | 45085 | 64.00 |
| 456 | FUN. AVILES RAMOS- 0023237-0010 | 1/23/15 | 45095 | 865.00 |
| 456 | FUN. AVILES RAMOS- 0023237-0010 | 1/29/15 | 45122 | 485.00 |
| 456 | FUN. AVILES RAMOS- 0023237-0010 | 3/25/15 | 45278 | 2,345.00 |
| 456 | FUN. AVILES RAMOS- 0023237-0010 | 3/27/15 | 45290 | 1,007.00 |
| 456 | FUN. AVILES RAMOS- 0023237-0010 | | | 4,766.00 |
| 459 | FUN. NALDY AMADOR # 013101-0010 | 11/27/13 | 43931 | 836.43 |
| 459 | FUN. NALDY AMADOR # 013101-0010 | | | 836.43 |
| 461 | FUN. GONZALEZ MARRERO # 0119877-0018 | 2/14/11 | 40339 | 1,075.00 |
| 461 | FUN. GONZALEZ MARRERO # 0119877-0018 | 3/11/11 | 40473 | 390.00 |
| 461 | FUN. GONZALEZ MARRERO # 0119877-0018 | 3/28/11 | 40538 | 1,155.00 |
| 461 | FUN. GONZALEZ MARRERO # 0119877-0018 | 5/9/11 | 40744 | 740.00 |
| 461 | FUN. GONZALEZ MARRERO # 0119877-0018 | 5/30/11 | 40832 | 790.00 |
| 461 | FUN. GONZALEZ MARRERO # 0119877-0018 | 8/5/11 | 41106 | 800.00 |
| 461 | FUN. GONZALEZ MARRERO # 0119877-0018 | | | 4,950.00 |
| 467 | FUN. VALENTIN MEM.# 0097269-0014 | 2/15/10 | 38639 | 270.00 |
| 467 | FUN. VALENTIN MEM.# 0097269-0014 | 12/16/10 | 40047 | 95.00 |
| 467 | FUN. VALENTIN MEM.# 0097269-0014 | 1/28/11 | 40247 | 1,410.00 |
| 467 | FUN. VALENTIN MEM.# 0097269-0014 | 2/7/11 | 40294 | 1,080.00 |
| 467 | FUN. VALENTIN MEM.# 0097269-0014 | 2/10/11 | 40322 | 545.00 |
| 467 | FUN. VALENTIN MEM.# 0097269-0014 | | | 3,400.00 |
| 471 | FUN. PEPINO MEMORIAL PAR # 0005675-0013 | 5/23/11 | 40801 | 360.00 |
| 471 | FUN. PEPINO MEMORIAL PAR # 0005675-0013 | | | 360.00 |

Cidra Metallic Casket, Inc.

Aged Receivables

As of Apr 30, 2015

| Customer ID | Customer | Date | Invoice/# | Amount Due |
|---|---|---|---|---|
| 473 | FUN. ADAMES MEMORIAL-CONSIGNACION | 4/5/11 | 40592 | 1,440.00 |
| 473 | FUN. ADAMES MEMORIAL-CONSIGNACION | 4/21/11 | 40679 | 760.00 |
| 473 | FUN. ADAMES MEMORIAL-CONSIGNACION | 10/22/12 | 42692 | 399.00 |
| 473 | FUN. ADAMES MEMORIAL-CONSIGNACION | 11/22/13 | 44005 | 481.35 |
| 473 | FUN. ADAMES MEMORIAL-CONSIGNACION | 12/17/13 | 43996 | 360.00 |
| 473 | FUN. ADAMES MEMORIAL-CONSIGNACION | 12/19/13 | 44003 | 1,860.00 |
| 473 | FUN. ADAMES MEMORIAL-CONSIGNACION | 1/9/14 | 44058 | 360.00 |
| 473 | FUN. ADAMES MEMORIAL-CONSIGNACION | 1/20/14 | 44090 | 1,885.00 |
| 473 | FUN. ADAMES MEMORIAL-CONSIGNACION | 2/13/14 | 44172 | 435.00 |
| 473 | FUN. ADAMES MEMORIAL-CONSIGNACION | 3/4/14 | 44232 | 370.00 |
| 473 | FUN. ADAMES MEMORIAL-CONSIGNACION | 3/14/14 | 44247 | 1,950.00 |
| 473 | FUN. ADAMES MEMORIAL-CONSIGNACION | 4/30/14 | 44362 | 780.00 |
| 473 | FUN. ADAMES MEMORIAL-CONSIGNACION | 5/6/14 | 44376 | 780.00 |
| 473 | FUN. ADAMES MEMORIAL-CONSIGNACION | 5/12/14 | 44408 | 535.00 |
| 473 | FUN. ADAMES MEMORIAL-CONSIGNACION | 7/22/14 | 44580 | 3,536.00 |
| 473 | FUN. ADAMES MEMORIAL-CONSIGNACION | 8/13/14 | 44645 | 400.00 |
| 473 | FUN. ADAMES MEMORIAL-CONSIGNACION | | | 16,331.35 |
| 493 | FUN. DAVIS FUNERAL HOME | 8/27/13 | 43638 | 1,138.00 |
| 493 | FUN. DAVIS FUNERAL HOME | | | 1,138.00 |
| 499 | FUN. Y CAP. MONTALVO # 0046394-0012 | 8/4/14 | 44600 | 555.80 |
| 499 | FUN. Y CAP. MONTALVO # 0046394-0012 | 9/12/14 | 44743 | 860.00 |
| 499 | FUN. Y CAP. MONTALVO # 0046394-0012 | 12/22/14 | 45015 | 3,960.00 |
| 499 | FUN. Y CAP. MONTALVO # 0046394-0012 | 2/20/15 | 45182 | 4,720.00 |
| 499 | FUN. Y CAP. MONTALVO # 0046394-0012 | | | 10,095.80 |
| 503 | FUN. JARDIN DEL EDEN INC # 0003022-0010 | 1/24/14 | 44106 | 60.00 |
| 503 | FUN. JARDIN DEL EDEN INC # 0003022-0010 | 3/11/14 | 44240 | 370.00 |
| 503 | FUN. JARDIN DEL EDEN INC # 0003022-0010 | | | 430.00 |
| 504 | FUN. EMERALD FUNERAL HOME | 2/23/11 | 40398 | 530.00 |
| 504 | FUN. EMERALD FUNERAL HOME | 9/22/11 | 41259 | 80.00 |
| 504 | FUN. EMERALD FUNERAL HOME | 9/29/11 | 41288 | 80.00 |
| 504 | FUN. EMERALD FUNERAL HOME | | | 690.00 |
| 507 | FUN. COOP-CON. # 0047058-0012 | 4/29/11 | 40713 | 805.00 |
| 507 | FUN. COOP-CON. # 0047058-0012 | 6/22/11 | 40918 | 1,300.00 |
| 507 | FUN. COOP-CON. # 0047058-0012 | | | 2,105.00 |
| 510 | FUN. CARRASCO Y LOPEZ # 0033393-0019 | 12/2/14 | 44940 | 795.60 |
| 510 | FUN. CARRASCO Y LOPEZ # 0033393-0019 | 12/8/14 | 44947 | 1,821.00 |
| 510 | FUN. CARRASCO Y LOPEZ # 0033393-0019 | 12/19/14 | 45008 | 28.50 |
| 510 | FUN. CARRASCO Y LOPEZ # 0033393-0019 | | | 2,645.10 |
| 514 | FUN. MARIN FUNERAL HOME # 0227906-0014 | 11/30/11 | 41533 | 360.00 |
| 514 | FUN. MARIN FUNERAL HOME # 0227906-0014 | 12/1/11 | 41688 | 495.00 |
| 514 | FUN. MARIN FUNERAL HOME # 0227906-0014 | 1/16/12 | 41712 | 400.00 |

Cidra Metallic Casket, Inc.

Aged Receivables

As of Apr 30, 2015

| Customer ID | Customer | Date | Invoice/# | Amount Due |
|---|---|---|---|---|
| 514 | FUN. MARIN FUNERAL HOME # 0227906-0014 | 2/2/12 | 41785 | 760.00 |
| 514 | FUN. MARIN FUNERAL HOME # 0227906-0014 | 4/27/12 | 42074 | 495.00 |
| 514 | FUN. MARIN FUNERAL HOME # 0227906-0014 | 1/28/13 | 42991 | 890.00 |
| 514 | FUN. MARIN FUNERAL HOME # 0227906-0014 | 3/15/13 | 43168 | 880.00 |
| 514 | FUN. MARIN FUNERAL HOME # 0227906-0014 | 7/2/13 | 43501 | 46.83 |
| 514 | FUN. MARIN FUNERAL HOME # 0227906-0014 | 7/30/13 | 43566 | 34.65 |
| 514 | FUN. MARIN FUNERAL HOME # 0227906-0014 | 8/6/13 | 43587 | 25.90 |
| 514 | FUN. MARIN FUNERAL HOME # 0227906-0014 | | | 4,387.38 |
| 524 | FUN. Y CAP EL NAZARENO-0194753-0019 | 8/9/13 | 43592 | 550.00 |
| 524 | FUN. Y CAP EL NAZARENO-0194753-0019 | 8/20/13 | 43616 | 1,044.00 |
| 524 | FUN. Y CAP EL NAZARENO-0194753-0019 | 10/4/13 | 43770 | 999.00 |
| 524 | FUN. Y CAP EL NAZARENO-0194753-0019 | 10/7/13 | 43784 | 2,241.00 |
| 524 | FUN. Y CAP EL NAZARENO-0194753-0019 | 10/10/13 | 43806 | 905.00 |
| 524 | FUN. Y CAP EL NAZARENO-0194753-0019 | 11/4/13 | 43857 | 1,844.00 |
| 524 | FUN. Y CAP EL NAZARENO-0194753-0019 | 12/4/13 | 43938 | 400.00 |
| 524 | FUN. Y CAP EL NAZARENO-0194753-0019 | 12/26/13 | 44011 | 800.00 |
| 524 | FUN. Y CAP EL NAZARENO-0194753-0019 | 1/28/14 | 44113 | 1,305.00 |
| 524 | FUN. Y CAP EL NAZARENO-0194753-0019 | 3/20/14 | 44266 | 1,384.00 |
| 524 | FUN. Y CAP EL NAZARENO-0194753-0019 | 4/11/14 | 44318 | 1,175.00 |
| 524 | FUN. Y CAP EL NAZARENO-0194753-0019 | 4/23/14 | 44352 | 729.00 |
| 524 | FUN. Y CAP EL NAZARENO-0194753-0019 | 5/2/14 | 44375 | 1,498.00 |
| 524 | FUN. Y CAP EL NAZARENO-0194753-0019 | 6/11/14 | 44487 | 1,175.00 |
| 524 | FUN. Y CAP EL NAZARENO-0194753-0019 | 7/15/14 | 44561 | 545.00 |
| 524 | FUN. Y CAP EL NAZARENO-0194753-0019 | | | 16,594.00 |
| 526 | FUN ROBERTO MENENDEZ | 5/18/12 | 42147 | 118.90 |
| 526 | FUN ROBERTO MENENDEZ | 1/9/14 | 44057 | 370.00 |
| 526 | FUN ROBERTO MENENDEZ | 1/15/14 | 44071 | 803.00 |
| 526 | FUN ROBERTO MENENDEZ | 5/9/14 | 44404 | 400.00 |
| 526 | FUN ROBERTO MENENDEZ | | | 1,691.90 |
| 536 | FUN. ISABELA MEM- 0042499-0013 | 10/8/13 | 43791 | 273.09 |
| 536 | FUN. ISABELA MEM- 0042499-0013 | 10/8/13 | 43792 | 481.50 |
| 536 | FUN. ISABELA MEM- 0042499-0013 | 1/29/15 | 45120 | 1,460.00 |
| 536 | FUN. ISABELA MEM- 0042499-0013 | | | 2,214.59 |
| 538 | FUN. LOS ANGELES -CONG # 0108395-0014 | 11/14/14 | 44895 | 1,763.77 |
| 538 | FUN. LOS ANGELES -CONG # 0108395-0014 | 11/19/14 | 44912 | 1,959.30 |
| 538 | FUN. LOS ANGELES -CONG # 0108395-0014 | 11/28/14 | 44932 | 1,175.00 |
| 538 | FUN. LOS ANGELES -CONG # 0108395-0014 | 3/2/15 | 45203 | 1,769.14 |
| 538 | FUN. LOS ANGELES -CONG # 0108395-0014 | | | 6,667.21 |
| 546 | FUN. CASANOVA FUNERAL | 10/8/13 | 43794 | 1.60 |
| 546 | FUN. CASANOVA FUNERAL | 1/23/14 | 44101 | 44.40 |
| 546 | FUN. CASANOVA FUNERAL | | | 46.00 |
| 550 | FUN. LA PAZ- COMERIO # 0211272-0019 | 12/9/13 | 43950 | 1,064.00 |
| 550 | FUN. LA PAZ- COMERIO # 0211272-0019 | 12/13/13 | 43973 | 569.00 |

Cidra Metallic Casket, Inc.
Aged Receivables
As of Apr 30, 2015

| Customer ID | Customer | Date | Invoice/# | Amount Due |
|---|---|---|---|---|
| 550 | FUN. LA PAZ- COMERIO # 0211272-0019 | | | 1,633.00 |
| 552 | FUN. LOPEZ INC. # 0303587-0019 | 2/21/14 | 44193 | 370.00 |
| 552 | FUN. LOPEZ INC. # 0303587-0019 | 1/30/15 | 45128 | 498.20 |
| 552 | FUN. LOPEZ INC. # 0303587-0019 | | | 868.20 |
| 554 | FUN.EMANUEL-FLORIDA -CONG# 0051689-0017 | 1/10/11 | 40170 | 1,480.00 |
| 554 | FUN.EMANUEL-FLORIDA -CONG# 0051689-0017 | 2/25/11 | 40413 | 1,486.00 |
| 554 | FUN.EMANUEL-FLORIDA -CONG# 0051689-0017 | 3/11/11 | 40472 | 324.00 |
| 554 | FUN.EMANUEL-FLORIDA -CONG# 0051689-0017 | 11/7/11 | DV40413 | -109.00 |
| 554 | FUN.EMANUEL-FLORIDA -CONG# 0051689-0017 | 4/3/12 | 41985 | 370.00 |
| 554 | FUN.EMANUEL-FLORIDA -CONG# 0051689-0017 | 7/24/12 | 42391 | 370.00 |
| 554 | FUN.EMANUEL-FLORIDA -CONG# 0051689-0017 | 9/19/12 | 42574 | 430.00 |
| 554 | FUN.EMANUEL-FLORIDA -CONG# 0051689-0017 | 10/27/12 | 42709 | 1,110.00 |
| 554 | FUN.EMANUEL-FLORIDA -CONG# 0051689-0017 | 9/26/13 | 43745 | 460.10 |
| 554 | FUN.EMANUEL-FLORIDA -CONG# 0051689-0017 | | | 5,921.10 |
| 555 | FUN. Y CAPILLA CHARY # 0142077-0016 | 2/14/11 | 40338 | 1,600.00 |
| 555 | FUN. Y CAPILLA CHARY # 0142077-0016 | | | 1,600.00 |
| 558-NUEVA | FUN. VILLA NEVARES | 7/10/12 | 42334 | 191.20 |
| 558-NUEVA | FUN. VILLA NEVARES | 7/27/12 | 42409 | 1,080.00 |
| 558-NUEVA | FUN. VILLA NEVARES | 8/10/12 | 42448 | 1,440.00 |
| 558-NUEVA | FUN. VILLA NEVARES | 8/13/12 | 42455 | 399.00 |
| 558-NUEVA | FUN. VILLA NEVARES | 9/13/12 | 42555 | 1,510.00 |
| 558-NUEVA | FUN. VILLA NEVARES | 12/31/12 | 42890 | 1,110.00 |
| 558-NUEVA | FUN. VILLA NEVARES | 1/8/13 | 42916 | 1,075.00 |
| 558-NUEVA | FUN. VILLA NEVARES | 1/9/13 | 42934 | 720.00 |
| 558-NUEVA | FUN. VILLA NEVARES | 1/11/13 | 42933 | 720.00 |
| 558-NUEVA | FUN. VILLA NEVARES | 1/31/13 | 43006 | 1,440.00 |
| 558-NUEVA | FUN. VILLA NEVARES | 2/20/13 | 43101 | 2,160.00 |
| 558-NUEVA | FUN. VILLA NEVARES | 3/14/13 | 43161 | 2,190.00 |
| 558-NUEVA | FUN. VILLA NEVARES | 3/22/13 | 43185 | 1,850.00 |
| 558-NUEVA | FUN. VILLA NEVARES | 4/8/13 | 43232 | 825.00 |
| 558-NUEVA | FUN. VILLA NEVARES | 4/12/13 | 43247 | 425.00 |
| 558-NUEVA | FUN. VILLA NEVARES | 5/15/13 | 43345 | 2,424.00 |
| 558-NUEVA | FUN. VILLA NEVARES | 6/5/13 | 43412 | 2,754.00 |
| 558-NUEVA | FUN. VILLA NEVARES | 6/7/13 | 43419 | 569.00 |
| 558-NUEVA | FUN. VILLA NEVARES | 6/21/13 | 43474 | 1,080.00 |
| 558-NUEVA | FUN. VILLA NEVARES | 11/26/13 | 43922 | 616.43 |
| 558-NUEVA | FUN. VILLA NEVARES | 1/30/14 | 44121 | 2,749.00 |
| 558-NUEVA | FUN. VILLA NEVARES | 3/27/14 | 44281 | 1,560.00 |
| 558-NUEVA | FUN. VILLA NEVARES | | | 28,887.63 |
| 564 | FUN. LOPEZ MEM. # 0225117-0010 | 12/17/13 | 43995 | 370.00 |
| 564 | FUN. LOPEZ MEM. # 0225117-0010 | 1/20/14 | 44083 | 1,840.00 |
| 564 | FUN. LOPEZ MEM. # 0225117-0010 | 3/21/14 | 44268 | 2,920.00 |
| 564 | FUN. LOPEZ MEM. # 0225117-0010 | 6/13/14 | 44488 | 800.00 |
| 564 | FUN. LOPEZ MEM. # 0225117-0010 | 7/16/14 | 44565 | 1,000.00 |
| 564 | FUN. LOPEZ MEM. # 0225117-0010 | | | 6,930.00 |

Cidra Metallic Casket, Inc.
Aged Receivables
As of Apr 30, 2015

| Customer ID | Customer | Date | Invoice/# | Amount Due |
|---|---|---|---|---|
| 567 | FUN. TOA ALTA MEM. # 0221666-0010 | 3/16/11 | 40501 | 144.00 |
| 567 | FUN. TOA ALTA MEM. # 0221666-0010 | 3/16/11 | 40502 | 720.00 |
| 567 | FUN. TOA ALTA MEM. # 0221666-0010 | 10/18/11 | 41380 | -785.00 |
| 567 | FUN. TOA ALTA MEM. # 0221666-0010 | 12/20/11 | 41615 | 370.00 |
| 567 | FUN. TOA ALTA MEM. # 0221666-0010 | 5/9/12 | 42102 | 425.00 |
| 567 | FUN. TOA ALTA MEM. # 0221666-0010 | 7/27/12 | 42402 | 425.00 |
| 567 | FUN. TOA ALTA MEM. # 0221666-0010 | | | 1,299.00 |
| 580-CONSIGNACI J.S. FUNERAL SERVICE INC. | | 2/28/11 | 40420 | 360.00 |
| 580-CONSIGNACI J.S. FUNERAL SERVICE INC. | | 2/28/11 | 40424 | 756.00 |
| 580-CONSIGNACI J.S. FUNERAL SERVICE INC. | | | | 1,116.00 |
| 581 | FUN SAN ANTONIO-CONS. # 0041532-0021 | 12/30/14 | 45025 | -238.38 |
| 581 | FUN SAN ANTONIO-CONS. # 0041532-0021 | 1/23/15 | 45096 | 727.58 |
| 581 | FUN SAN ANTONIO-CONS. # 0041532-0021 | 2/17/15 | 45168 | 1,110.03 |
| 581 | FUN SAN ANTONIO-CONS. # 0041532-0021 | 3/10/15 | 45236 | 373.12 |
| 581 | FUN SAN ANTONIO-CONS. # 0041532-0021 | 4/14/15 | 45324 | 1,100.70 |
| 581 | FUN SAN ANTONIO-CONS. # 0041532-0021 | | | 3,073.05 |
| 583-NUEVA | FUN. JAYUYA MEM. # 0002926-0013 | 1/23/13 | 42969 | 339.00 |
| 583-NUEVA | FUN. JAYUYA MEM. # 0002926-0013 | 7/1/13 | 43493 | 851.73 |
| 583-NUEVA | FUN. JAYUYA MEM. # 0002926-0013 | 8/28/13 | 43643 | 3,654.00 |
| 583-NUEVA | FUN. JAYUYA MEM. # 0002926-0013 | 9/27/13 | 43751 | 1,068.93 |
| 583-NUEVA | FUN. JAYUYA MEM. # 0002926-0013 | 10/29/13 | 43836 | 3,052.71 |
| 583-NUEVA | FUN. JAYUYA MEM. # 0002926-0013 | 11/13/13 | 43891 | 1,439.15 |
| 583-NUEVA | FUN. JAYUYA MEM. # 0002926-0013 | 3/16/15 | 45244 | 2,899.10 |
| 583-NUEVA | FUN. JAYUYA MEM. # 0002926-0013 | 3/16/15 | 45247 | 577.70 |
| 583-NUEVA | FUN. JAYUYA MEM. # 0002926-0013 | | | 13,882.32 |
| 586 | FUN.RAMOS-QUEBRADILLA # 0023594-0014 | 1/20/15 | 45086 | 1,600.00 |
| 586 | FUN.RAMOS-QUEBRADILLA # 0023594-0014 | | | 1,600.00 |
| 590 - CONSIGNAC FUN. GUAYNABO MEM.# 0004334-0036 | | 1/17/11 | 40199 | 425.00 |
| 590 - CONSIGNAC FUN. GUAYNABO MEM.# 0004334-0036 | | 1/20/11 | 40218 | 529.00 |
| 590 - CONSIGNAC FUN. GUAYNABO MEM.# 0004334-0036 | | 2/15/11 | 40348 | 819.00 |
| 590 - CONSIGNAC FUN. GUAYNABO MEM.# 0004334-0036 | | 4/19/11 | 40659 | 619.00 |
| 590 - CONSIGNAC FUN. GUAYNABO MEM.# 0004334-0036 | | 5/9/11 | 40750 | 669.00 |
| 590 - CONSIGNAC FUN. GUAYNABO MEM.# 0004334-0036 | | 5/10/11 | 40752 | 709.00 |
| 590 - CONSIGNAC FUN. GUAYNABO MEM.# 0004334-0036 | | 5/14/11 | 40789 | 425.00 |
| 590 - CONSIGNAC FUN. GUAYNABO MEM.# 0004334-0036 | | 5/16/11 | 40774 | 425.00 |
| 590 - CONSIGNAC FUN. GUAYNABO MEM.# 0004334-0036 | | 5/17/11 | 40779 | 5,912.00 |
| 590 - CONSIGNAC FUN. GUAYNABO MEM.# 0004334-0036 | | 6/22/11 | 40930 | 435.00 |
| 590 - CONSIGNAC FUN. GUAYNABO MEM.# 0004334-0036 | | 5/1/12 | 42081 | 619.00 |
| 590 - CONSIGNAC FUN. GUAYNABO MEM.# 0004334-0036 | | 6/13/12 | 42233 | 669.00 |
| 590 - CONSIGNAC FUN. GUAYNABO MEM.# 0004334-0036 | | | | 12,255.00 |
| 593-NUEVA | FUN. CORDERO MEM | 10/2/12 | 42621 | 391.00 |

Cidra Metallic Casket, Inc.
Aged Receivables
As of Apr 30, 2015

| Customer ID | Customer | Date | Invoice/# | Amount Due |
|---|---|---|---|---|
| 593-NUEVA | FUN. CORDERO MEM | | | 391.00 |
| | | | | |
| 594 | FUN.BONETA MEM | 4/5/13 | 43226 | 415.00 |
| 594 | FUN.BONETA MEM | 4/24/13 | 43273 | 720.00 |
| 594 | FUN.BONETA MEM | 6/10/13 | 43424 | 2,310.00 |
| 594 | FUN.BONETA MEM | 7/29/13 | 43565 | 370.00 |
| 594 | FUN.BONETA MEM | 7/30/13 | 43570 | 2,810.00 |
| 504 | FUN.BONETA MEM | 12/24/13 | 44010 | 370.00 |
| 594 | FUN.BONETA MEM | 1/17/14 | 44081 | 430.00 |
| | | | | |
| 594 | FUN.BONETA MEM | | | 7,425.00 |
| | | | | |
| 596 | FUN. FERMIN RIVERA # 0161340-0014 | 1/14/11 | 40193 | 1,195.00 |
| 596 | FUN. FERMIN RIVERA # 0161340-0014 | 2/24/11 | 40407 | 669.00 |
| 596 | FUN. FERMIN RIVERA # 0161340-0014 | 3/22/11 | 40533 | 787.00 |
| 596 | FUN. FERMIN RIVERA # 0161340-0014 | 4/14/11 | 40644 | 979.00 |
| 596 | FUN. FERMIN RIVERA # 0161340-0014 | 5/12/11 | 40769 | 305.00 |
| 596 | FUN. FERMIN RIVERA # 0161340-0014 | 6/17/11 | 40911 | 718.00 |
| 596 | FUN. FERMIN RIVERA # 0161340-0014 | 9/29/11 | 41295 | 414.00 |
| 596 | FUN. FERMIN RIVERA # 0161340-0014 | 10/7/11 | 41327 | 360.00 |
| 596 | FUN. FERMIN RIVERA # 0161340-0014 | 10/17/11 | 41373 | 1,618.00 |
| 596 | FUN. FERMIN RIVERA # 0161340-0014 | 1/18/12 | 41726 | 469.00 |
| 596 | FUN. FERMIN RIVERA # 0161340-0014 | 2/17/12 | 41827 | 1,101.60 |
| 596 | FUN. FERMIN RIVERA # 0161340-0014 | 3/12/12 | 41888 | 432.00 |
| 596 | FUN. FERMIN RIVERA # 0161340-0014 | 4/17/12 | 42032 | 760.00 |
| 596 | FUN. FERMIN RIVERA # 0161340-0014 | 1/23/13 | 42968 | 1,844.00 |
| 596 | FUN. FERMIN RIVERA # 0161340-0014 | 3/22/13 | 43192 | 438.00 |
| 596 | FUN. FERMIN RIVERA # 0161340-0014 | 6/4/13 | 43403 | 435.00 |
| | | | | |
| 596 | FUN. FERMIN RIVERA # 0161340-0014 | | | 12,524.60 |
| | | | | |
| 598 | FUN. RAMOS-ARECIBO | 11/1/13 | 43851 | 108.00 |
| 598 | FUN. RAMOS-ARECIBO | 11/19/13 | 43912 | 2,640.00 |
| 598 | FUN. RAMOS-ARECIBO | 12/12/13 | 43963 | 1,440.00 |
| 598 | FUN. RAMOS-ARECIBO | 1/1/14 | 44160 | 730.00 |
| 598 | FUN. RAMOS-ARECIBO | 1/15/14 | 44072 | 1,355.00 |
| 598 | FUN. RAMOS-ARECIBO | 9/15/14 | 44739 | 400.00 |
| 598 | FUN. RAMOS-ARECIBO | 11/13/14 | 44894 | 1,940.00 |
| 598 | FUN. RAMOS-ARECIBO | 11/17/14 | 44901 | 3,604.00 |
| | | | | |
| 598 | FUN. RAMOS-ARECIBO | | | 12,217.00 |
| | | | | |
| 599 | FUN. MARICAO MEMORIAL | 9/25/14 | 44768 | 847.70 |
| 599 | FUN. MARICAO MEMORIAL | 2/25/15 | 45193 | 2,120.00 |
| 599 | FUN. MARICAO MEMORIAL | 3/3/15 | 45204 | 848.00 |
| | | | | |
| 599 | FUN. MARICAO MEMORIAL | | | 3,815.70 |
| | | | | |
| 601 | FUN CONCEPCION | 9/11/14 | 44730 | 535.00 |
| 601 | FUN CONCEPCION | 9/15/14 | 44737 | 790.00 |
| 601 | FUN CONCEPCION | 9/18/14 | 44754 | 780.00 |
| 601 | FUN CONCEPCION | 10/8/14 | 44802 | 1,284.00 |
| 601 | FUN CONCEPCION | 10/30/14 | 44853 | 780.00 |
| 601 | FUN CONCEPCION | 10/30/14 | 44854 | 390.00 |
| 601 | FUN CONCEPCION | 11/12/14 | 44886 | 689.00 |
| 601 | FUN CONCEPCION | 11/17/14 | 44902 | 1,206.20 |

Cidra Metallic Casket, Inc.

Aged Receivables

As of Apr 30, 2015

| Customer ID | Customer | Date | Invoice/# | Amount Due |
|---|---|---|---|---|
| 601 | FUN CONCEPCION | 1/15/15 | 45065 | 465.00 |
| 601 | FUN CONCEPCION | 1/20/15 | 45084 | 780.00 |
| 601 | FUN CONCEPCION | 1/26/15 | 45103 | 465.00 |
| 601 | FUN CONCEPCION | 2/26/15 | 45195 | 1,250.80 |
| 601 | FUN CONCEPCION | 3/18/15 | 45266 | 938.10 |
| 601 | FUN CONCEPCION | 3/20/15 | 45272 | 1,272.00 |
| 601 | FUN CONCEPCION | 4/14/15 | 45321 | 1,468.10 |
| 601 | FUN CONCEPCION | | | 13,093.20 |
| 602 | FUN. SAN BLAS | 12/19/11 | 41604 | 175.00 |
| 602 | FUN. SAN BLAS | 3/22/12 | 41947 | 1,585.00 |
| 602 | FUN. SAN BLAS | 3/27/12 | 41962 | 150.00 |
| 602 | FUN. SAN BLAS | 5/15/12 | 42131 | 2,090.00 |
| 602 | FUN. SAN BLAS | | | 4,000.00 |
| 606 | FUN. SANTO CRISTO DE LA SALUD | 3/10/15 | 45231 | 424.00 |
| 606 | FUN. SANTO CRISTO DE LA SALUD | | | 424.00 |
| 608 | FUN ATENAS MEMORIAL | 10/3/14 | 44799 | 800.00 |
| 608 | FUN ATENAS MEMORIAL | 11/12/14 | 44885 | 400.00 |
| 608 | FUN ATENAS MEMORIAL | | | 1,200.00 |
| 609 | LAJAS MEMORIAL | 4/26/11 | 40698 | 198.00 |
| 609 | LAJAS MEMORIAL | 8/1/11 | 41067 | 939.00 |
| 609 | LAJAS MEMORIAL | 8/16/11 | 41146 | 360.00 |
| 609 | LAJAS MEMORIAL | 9/29/11 | 41294 | 819.00 |
| 609 | LAJAS MEMORIAL | 10/7/11 | 41329 | 360.00 |
| 609 | LAJAS MEMORIAL | 11/2/11 | 41427 | 399.00 |
| 609 | LAJAS MEMORIAL | 2/2/12 | 41775 | 360.00 |
| 609 | LAJAS MEMORIAL | 7/27/12 | 42407 | 370.00 |
| 609 | LAJAS MEMORIAL | 11/5/12 | 42732 | 29.00 |
| 609 | LAJAS MEMORIAL | 1/18/13 | 42952 | 360.00 |
| 609 | LAJAS MEMORIAL | 6/4/13 | 43401 | 60.00 |
| 609 | LAJAS MEMORIAL | 6/18/13 | 43458 | 370.00 |
| 609 | LAJAS MEMORIAL | 8/20/13 | 43620 | 669.00 |
| 609 | LAJAS MEMORIAL | | | 5,293.00 |
| 612 | FUN MELVIN AMADOR | 7/22/11 | 41026 | -727.00 |
| 612 | FUN MELVIN AMADOR | 8/11/11 | 41137 | 452.80 |
| 612 | FUN MELVIN AMADOR | 9/16/11 | 41234 | 467.10 |
| 612 | FUN MELVIN AMADOR | 12/31/12 | DV 42707 | -149.50 |
| 612 | FUN MELVIN AMADOR | 7/18/13 | 43539 | 300.50 |
| 612 | FUN MELVIN AMADOR | 10/22/13 | 43825 | 148.50 |
| 612 | FUN MELVIN AMADOR | 3/16/15 | 45246 | 413.40 |
| 612 | FUN MELVIN AMADOR | 3/18/15 | 45265 | 985.80 |
| 612 | FUN MELVIN AMADOR | 3/20/15 | 45273 | 424.00 |
| 612 | FUN MELVIN AMADOR | 3/27/15 | 45288 | 413.40 |
| 612 | FUN MELVIN AMADOR | 4/9/15 | 45315 | 985.80 |
| 612 | FUN MELVIN AMADOR | 4/16/15 | 45325 | 1,340.90 |
| 612 | FUN MELVIN AMADOR | | | 5,055.70 |

Cidra Metallic Casket, Inc.
Aged Receivables
As of Apr 30, 2015

| Customer ID | Customer | Date | Invoice/# | Amount Due |
|---|---|---|---|---|
| 613 | FUN SOTO RODRIGUEZ | 11/18/11 | 41491 | 669.00 |
| 613 | FUN SOTO RODRIGUEZ | 5/24/13 | 43382 | 425.00 |
| 613 | FUN SOTO RODRIGUEZ | 6/5/13 | 43407 | 495.00 |
| 613 | FUN SOTO RODRIGUEZ | 12/10/14 | 45002 | 23.40 |
| 613 | FUN SOTO RODRIGUEZ | 1/21/15 | 45113 | 22.20 |
| 613 | FUN SOTO RODRIGUEZ | | | 1,634.60 |
| 614 | ROYAL FUNERAL HOME | 6/26/14 | 44520 | 8,648.00 |
| 614 | ROYAL FUNERAL HOME | | | 8,648.00 |
| 616 | AÑASCO MEM | 1/10/12 | 41676 | 939.00 |
| 616 | AÑASCO MEM | 2/2/12 | 41778 | 1,680.00 |
| 616 | AÑASCO MEM | 4/26/12 | 42062 | 795.00 |
| 616 | AÑASCO MEM | 5/29/12 | 42183 | 1,314.00 |
| 616 | AÑASCO MEM | 11/13/12 | 42754 | 1,188.00 |
| 616 | AÑASCO MEM | | | 5,916.00 |
| 617 | BOULEVARD FUN HOME | 3/11/15 | 45240 | 848.00 |
| 617 | BOULEVARD FUN HOME | | | 848.00 |
| 619 | LAS MARIA MEM | 6/8/12 | 42212 | 513.00 |
| 619 | LAS MARIA MEM | 6/12/12 | 42229 | 400.00 |
| 619 | LAS MARIA MEM | 6/25/12 | 42271 | 360.00 |
| 619 | LAS MARIA MEM | 7/12/12 | 42347 | 925.00 |
| 619 | LAS MARIA MEM | 9/7/12 | 42536 | 1,540.00 |
| 619 | LAS MARIA MEM | | | 3,738.00 |
| 623 | DIEVAL CORP | 5/24/12 | 42168 | 1,138.00 |
| 623 | DIEVAL CORP | | | 1,138.00 |
| 625 | FUN CARRASCO Y ANGIE | 3/4/14 | 44229 | 672.11 |
| 625 | FUN CARRASCO Y ANGIE | 5/20/14 | 44379 | 2,318.00 |
| 625 | FUN CARRASCO Y ANGIE | 8/6/14 | 44609 | 3,868.00 |
| 625 | FUN CARRASCO Y ANGIE | 10/2/14 | 44794 | 560.00 |
| 625 | FUN CARRASCO Y ANGIE | 11/12/14 | 44882 | 400.00 |
| 625 | FUN CARRASCO Y ANGIE | | | 7,818.11 |
| 628 | FUN EL ROBLE | 7/24/12 | 42392 | 252.00 |
| 628 | FUN EL ROBLE | 8/7/12 | 42436 | 18.00 |
| 628 | FUN EL ROBLE | 11/28/12 | 42797 | 435.00 |
| 628 | FUN EL ROBLE | | | 705.00 |
| 629 | FUN. LANDRON LOPEZ | 10/14/11 | 41363 | 1,145.00 |
| 629 | FUN. LANDRON LOPEZ | 11/18/11 | 41487 | 1,585.00 |

Cidra Metallic Casket, Inc.
Aged Receivables
As of Apr 30, 2015

| Customer ID | Customer | Date | Invoice/# | Amount Due |
|---|---|---|---|---|
| 629 | FUN. LANDRON LOPEZ | | | 2,730.00 |
| 630 | FUNERARIA R. FERNANDEZ MEMORIAL INC. | 5/28/12 | 42177 | -619.00 |
| 630 | FUNERARIA R. FERNANDEZ MEMORIAL INC. | 11/13/13 | 43828 | 1,236.30 |
| 630 | FUNERARIA R. FERNANDEZ MEMORIAL INC. | 3/4/14 | 44231 | 370.00 |
| 630 | FUNERARIA R. FERNANDEZ MEMORIAL INC. | 3/28/14 | 44285 | 400.00 |
| 630 | FUNERARIA R. FERNANDEZ MEMORIAL INC. | 3/28/14 | 44286 | 400.00 |
| 630 | FUNERARIA R. FERNANDEZ MEMORIAL INC. | 4/30/14 | 44367 | 430.00 |
| 630 | FUNERARIA R. FERNANDEZ MEMORIAL INC. | 7/8/14 | 44549 | 870.00 |
| 630 | FUNERARIA R. FERNANDEZ MEMORIAL INC. | 11/25/14 | 44918 | 390.00 |
| 630 | FUNERARIA R. FERNANDEZ MEMORIAL INC. | 12/16/14 | 44997 | 413.40 |
| 630 | FUNERARIA R. FERNANDEZ MEMORIAL INC. | 4/16/15 | 45327 | 424.00 |
| 630 | FUNERARIA R. FERNANDEZ MEMORIAL INC. | 4/16/15 | 45328 | 492.90 |
| 630 | FUNERARIA R. FERNANDEZ MEMORIAL INC. | | | 4,807.60 |
| 633 | MOROVIS MEM | 3/15/13 | DV42938 | -159.50 |
| 633 | MOROVIS MEM | 1/30/15 | 45127 | 1,696.00 |
| 633 | MOROVIS MEM | 2/13/15 | 45164 | 465.00 |
| 633 | MOROVIS MEM | 2/18/15 | 45176 | 535.00 |
| 633 | MOROVIS MEM | 2/25/15 | 45192 | 400.00 |
| 633 | MOROVIS MEM | 3/6/15 | 45215 | 3,453.48 |
| 633 | MOROVIS MEM | 4/16/15 | 45326 | 413.40 |
| 633 | MOROVIS MEM | | | 6,803.38 |
| 636 | FUN FRANKIE MEM | 12/20/12 | 42871 | 670.22 |
| 636 | FUN FRANKIE MEM | 1/3/13 | 42900 | 1,891.90 |
| 636 | FUN FRANKIE MEM | 1/8/13 | 42920 | 802.50 |
| 636 | FUN FRANKIE MEM | 1/17/13 | 42950 | 232.00 |
| 636 | FUN FRANKIE MEM | 1/25/13 | 42980 | 224.00 |
| 636 | FUN FRANKIE MEM | 2/5/13 | 43032 | 360.00 |
| 636 | FUN FRANKIE MEM | 2/8/13 | 43049 | 1,071.00 |
| 636 | FUN FRANKIE MEM | 3/8/13 | 43145 | 193.00 |
| 636 | FUN FRANKIE MEM | 3/22/13 | 43183 | 1,265.00 |
| 636 | FUN FRANKIE MEM | 4/1/13 | 43209 | 158.00 |
| 636 | FUN FRANKIE MEM | 5/8/13 | 43323 | 67.00 |
| 636 | FUN FRANKIE MEM | 6/12/13 | 43434 | 230.00 |
| 636 | FUN FRANKIE MEM | 3/4/14 | 44219 | 136.70 |
| 636 | FUN FRANKIE MEM | 3/4/14 | 44224 | 147.00 |
| 636 | FUN FRANKIE MEM | 4/30/14 | 44365 | 800.00 |
| 636 | FUN FRANKIE MEM | 5/6/14 | 44378 | 1,884.00 |
| 636 | FUN FRANKIE MEM | 12/31/14 | 45053 | 57.24 |
| 636 | FUN FRANKIE MEM | 12/31/14 | 45055 | 38.16 |
| 636 | FUN FRANKIE MEM | 2/28/15 | 45227 | 71.55 |
| 636 | FUN FRANKIE MEM | | | 10,299.27 |
| 870 | FUN DIAZ-TOMAS | 12/28/12 | 42886 | -252.00 |
| 870 | FUN DIAZ-TOMAS | 4/16/13 | DV42886 | -108.00 |
| 870 | FUN DIAZ-TOMAS | 4/23/13 | CREDITO 4283 | -430.00 |
| 870 | FUN DIAZ-TOMAS | 10/8/14 | 44804 | 390.00 |
| 870 | FUN DIAZ-TOMAS | 11/12/14 | 44887 | 2,219.00 |
| 870 | FUN DIAZ-TOMAS | 11/25/14 | 44919 | 1,795.00 |
| 870 | FUN DIAZ-TOMAS | 12/4/14 | 44944 | -43.74 |
| 870 | FUN DIAZ-TOMAS | 1/8/15 | 45037 | 1,177.02 |

Cidra Metallic Casket, Inc.
Aged Receivables
As of Apr 30, 2015

| Customer ID | Customer | Date | Invoice/# | Amount Due |
|---|---|---|---|---|
| 870 | FUN DIAZ-TOMAS | 2/10/15 | 45155 | 804.80 |
| 870 | FUN DIAZ-TOMAS | 3/3/15 | 45209 | 826.80 |
| 870 | FUN DIAZ-TOMAS | 3/16/15 | 45249 | 826.80 |
| 870 | FUN DIAZ-TOMAS | 3/25/15 | 45279 | 413.40 |
| 870 | FUN DIAZ-TOMAS | 3/27/15 | 45287 | 826.80 |
| 870 | FUN DIAZ-TOMAS | 4/9/15 | 45317 | 848.00 |
| 870 | FUN DIAZ-TOMAS | | | 9,293.88 |
| 871 | CIDRA METALLIC/ALMACEN | 2/19/13 | 43091 | 700.00 |
| 871 | CIDRA METALLIC/ALMACEN | 3/11/13 | 43147 | 495.00 |
| 871 | CIDRA METALLIC/ALMACEN | 3/26/13 | 43197 | 889.00 |
| 871 | CIDRA METALLIC/ALMACEN | 3/27/13 | 43200 | 825.00 |
| 871 | CIDRA METALLIC/ALMACEN | 4/11/13 | 43243 | 795.00 |
| 871 | CIDRA METALLIC/ALMACEN | 5/29/13 | 43392 | 1,134.00 |
| 871 | CIDRA METALLIC/ALMACEN | 6/5/13 | 43411 | 370.00 |
| 871 | CIDRA METALLIC/ALMACEN | 6/10/13 | 43431 | 495.00 |
| 871 | CIDRA METALLIC/ALMACEN | 6/14/13 | 43448 | 720.00 |
| 871 | CIDRA METALLIC/ALMACEN | | | 6,423.00 |
| 872 | FUN. RIOS CALDAS | 2/28/13 | 43124 | 1,859.00 |
| 872 | FUN. RIOS CALDAS | 5/6/13 | 43316 | 1,239.00 |
| 872 | FUN. RIOS CALDAS | 5/29/13 | 43390 | 720.00 |
| 872 | FUN. RIOS CALDAS | 10/22/13 | 43824 | 1,187.70 |
| 872 | FUN. RIOS CALDAS | 11/7/13 | 43874 | 410.40 |
| 872 | FUN. RIOS CALDAS | 2/26/14 | 44209 | 495.00 |
| 872 | FUN. RIOS CALDAS | 4/8/14 | 44306 | 679.00 |
| 872 | FUN. RIOS CALDAS | 6/4/14 | 44473 | 1,200.00 |
| 872 | FUN. RIOS CALDAS | | | 7,790.10 |
| 873 | FUN. Y CAP. A. NEVAREZ | 3/10/15 | 45235 | 424.00 |
| 873 | FUN. Y CAP. A. NEVAREZ | 3/16/15 | 45248 | 424.00 |
| 873 | FUN. Y CAP. A. NEVAREZ | 3/27/15 | 45289 | 2,687.10 |
| 873 | FUN. Y CAP. A. NEVAREZ | 4/14/15 | 45320 | 4,240.00 |
| 873 | FUN. Y CAP. A. NEVAREZ | | | 7,775.10 |
| 875 | BORINQUEN MEMORIAL CAROLINA | 5/23/13 | 43380 | 205.00 |
| 875 | BORINQUEN MEMORIAL CAROLINA | 4/23/14 | 44350 | 650.00 |
| 875 | BORINQUEN MEMORIAL CAROLINA | | | 855.00 |
| 876 | LA PAZ DE CRISTO | 5/8/14 | 44398 | 335.00 |
| 876 | LA PAZ DE CRISTO | 11/12/14 | 44889 | 1,200.00 |
| 876 | LA PAZ DE CRISTO | | | 1,535.00 |
| MELLY | MELLIES COFFIN SHOP | 12/10/14 | 44970 | -8.00 |
| MELLY | MELLIES COFFIN SHOP | 3/4/15 | 45210 | 700.25 |
| MELLY | MELLIES COFFIN SHOP | | | 692.25 |
| WILFREDO MENI WILFREDO MENDEZ | | 1/21/13 | 42963 | 9,600.00 |

Cidra Metallic Casket, Inc.
Aged Receivables
As of Apr 30, 2015

| Customer ID | Customer | Date | Invoice/# | Amount Due |
|---|---|---|---|---|
| WILFREDO MENI WILFREDO MENDEZ | | | | 9,600.00 |
| Report Total | | | | $    659,764.05 |

Exhibit B

GOBIERNO DE PUERTO RICO
DEPARTAMENTO DE ESTADO
OFICINA DE EXENCION CONTRIBUTIVA INDUSTRIAL

Informe del Examinador Especial sobre la petición de exención contributiva industrial de CIDRA METALLIC CASKETS, INC., Caso Núm. 97-8-I-63, radicada de conformidad con las disposiciones de la Ley Núm. 8 de 24 de enero de 1987, según enmendada.

En 22 de agosto de 1997, Cidra Metallic Caskets, Inc., radicó en la Oficina de Exención Contributiva Industrial, una petición interesando la concesión de un decreto de exención contributiva industrial al amparo de la Ley Núm. 8 da 24 de enero de 1987, según enmendada, para la producción de ataudes de metal. Copias de dicha petición fueron referidas a las agencias gubernamentales concernidas conforme a lo establecido en la Ley.

Los avisos de la radicación de esta petición se publicaron en 10 de septiembre de 1997 y 16 de septiembre de 1997, en los periódicos "The San Juan Star" y El Vocero, respectivamente. No compareció persona alguna a oponerse a la petición ni tampoco se radicó en esta Oficina escrito alguno de oposición a la concesión del decreto de exención contributiva industrial.

Con base en la petición jurada, la evidencia documental radicada por la peticionaria y el informe de la Administración de Fomento Económico, el Examinador Especial llega a las siguientes determinaciones de hechos y conclusiones de derecho:

DETERMINACIONES DE HECHOS

1. Organización

La peticionaria, Cidra Metallic Caskets, Inc., es una corporación organizada conforme a las leyes de Puerto Rico. Su único accionista es el señor Edwin Cotto Rodríguez.

2. Propiedad Inmueble

La peticionaria utiliza en la unidad industrial establecida en el municipio de Cidra, Puerto Rico, un edificio industrial con un área de aproximadamente 18,000 pies cuadrados.

3. Maquinaria y Equipo

La peticionaria utiliza maquinaria y equipo en la unidad industrial establecida valorada en $247,000.00.

4. Descripción del Producto - Proceso
   de Manufactura - Producción - Mercado

La peticionaria se dedica a la producción de ataudes de metal.

El proceso de manufactura para dicho producto aparece descrito en el informe de la Administración de Fomento Económico, Determinación de Hechos Núm. 7.

La peticionaria contempla una producción con un valor de ventas en la suma de $2,500,000.00 anuales.

La producción es vendida en el mercado de Puerto Rico y el exterior.

5. Empleados

El número de empleados con que la peticionaria se propone llevar a cabo sus operaciones al finalizar su primer año de producción es de 35 personas, con una nómina anual aproximada de $405,000.00.

21 de octubre de 1997

7- INFORME DE LA ADMINISTRACIÓN DE FOMENTO ECONOMICO
SOBRE LA SOLICITUD DE EXENCION CONTRIBUTIVA INDUSTRIAL DE
CIDRA METALLIC CASKETS, INC.

CASO 97-8-I-63

La peticionaria es una corporación organizada bajo las leyes de Puerto Rico de acuerdo con el Certificado de Registro Núm. 56,870 expedido por el Secretario de Estado el 1 de mayo de 1984. Su único accionista es el Sr. Edwin Cotto Rodríguez, de Cidra.

La peticionaria solicita exención contributiva para producir ataúdes de metal, bajo las disposiciones de la Sección 2(d)(1) de la Ley de Incentivos Contributivos de Puerto Rico de 1987, según enmendada (la Ley).

El proceso de manufactura de los productos mencionados se describe de la siguiente forma:

"Se dobla el metal a especificaciones con máquina hidráulica. Se prepara el metal para acomodar la cerradura a máquina. Se cortan tapas del metal con maquinaria hidráulica. Con soldaduras se ensambla la caja y las tapas y se le instalan cerradura y agarraderas. Se lava caja para sacar grasa, se pone "primer" a base de agua, se pasa a horno, se le da lija y se pinta con pintura a base de agua. Se corta la tela a especificaciones y se cose con máquinas de coser especializadas, de acuerdo a medidas de los ataúdes y se incorpora al interior de la caja".

El valor de la producción anual de este producto es actualmente $2,250,000 y la peticionaria espera que aumente a $2,500,000 dentro de un año de operaciones. La peticionaria emplea 32 personas y espera aumentar a 35 personas con una nómina anual estimada en $405,000 dentro de un año. El valor de la maquinaria y equipo que utiliza esta empresa asciende a $247,000 y ocupa un local de 18,000 pies cuadrados en Cidra, Puerto Rico.

Esta Administración determina que los productos mencionados cumplen con la definición de la Sección 2(g) de la Ley y no se producían en Puerto Rico en escala comercial antes del 1ro de enero de 1947.

Cidra Metallic Casket, Inc.                              Página 2
Caso 97-8-I-63

Esta Administración toma conocimiento oficial del decreto de exención contributiva otorgado a Rockvale, Inc., Caso 92-8-I-45, para la producción de ataúdes de metal bajo las disposiciones de la Sección 2(d)(1) de la Ley.

En vista de lo anterior, esta Administración recomienda que a la peticionaria se le conceda exención contributiva para la producción de ataúdes de metal, según se expresa y describe en la solicitud, bajo las disposiciones de la Sección 2(d)(1) de la Ley, sujeto a que con 35 personas disfrutará de 80% de exención sobre ingresos y propiedad; por cada empleo sobre 35 personas la exención aumentará 1% hasta llegar a 90%, y por cada empleo por debajo de 35 personas, la exención se reducirá en 1%, hasta llegar a 75% de exención.

Jaime Morgan Stubbe
Administrador

-3-                    Caso Núm. 97-B-I-63

DECRETESE, ADEMAS, que el presente decreto está condicionado a que la concesionaria cumpla con los reglamentos y normas que la Junta de Calidad Ambiental del Gobierno de Puerto Rico haya promulgado y con aquellos que ésta promulgue en el futuro, relativos al control de la contaminación ambiental del agua, aire, tierra y cualquier otro tipo de posible contaminación; Además, obtendrá los permisos de la Administración de Reglamentos y Permisos (ARPE) y/o de la Junta de Planificación que también sean aplicables a sus operaciones;

DECRETESE, ADEMAS, que la exención contributiva concedida se aplicará exclusivamente a aquella propiedad directamente utilizada en relación con la producción de los productos manufacturados anteriormente indicados y a todo el ingreso de fomento industrial (según definido en la Ley) derivado de la producción de dichos productos manufacturados, que da origen a la exención dispuesta en este decreto, y a aquella otra propiedad específicamente declarada exenta por la Ley;

DECRETESE, ADEMAS, que dicha exención contributiva incluirá exención, en la medida dispuesta en la Ley, de todas las contribuciones del Gobierno de Puerto Rico y de derechos sobre patentes y otras contribuciones municipales impuestos por cualquier ordenanza municipal, excepción hecha de las limitaciones que anteriormente o más adelante se establecen;

DECRETESE, ADEMAS, que quedarán excluidas del alcance de la exención contributiva las ventas al detal; toda venta al por mayor excepto aquella venta original al precio de fábrica del producto manufacturado; y la prestación de servicios en relación a la venta de los productos;

DECRETESE, ADEMAS, que la concesión de exención contributiva no cubre lo siguiente:

a. Las primas pagadas de conformidad con la legislación sobre compensación por accidente del trabajo;

b. Los derechos sobre vehículos de motor, tales como licencias o tablillas;

c. Las contribuciones impuestas por la Ley Núm. 286 aprobada en 6 de abril de 1946;

d. Los derechos y/o arbitrios impuestos por el Código de Rentas Internas de Puerto Rico de 1994, según enmendado (Código); DISPONIENDOSE, que se advierte a la concesionaria que ella puede acogerse a ciertas exenciones de derechos y/o arbitrios sobre artículos de uso y consumo contenidas en el Código y que le sean aplicables mientras dichas exenciones estén en vigor, tales como, entre otras, las contenidas en la Sección 2032 del Código;

DECRETESE, ADEMAS, que como condición al continuo disfrute de la exención contributiva por el presente decreto concedida, la concesionaria vendrá obligado, a tenor con lo dispuesto en la Sección 10 de la Ley Núm. 8, supra, a presentar al Secretario una planilla de contribución sobre ingresos, independientemente de la cantidad de su ingreso bruto o neto, separada de cualquier otra planilla que por otros motivos esté obligada a rendir, en relación con las operaciones de la industria objeto de exención y de acuerdo con la Ley de Contribuciones sobre Ingresos en vigor; la concesionaria también estará obligada a mantener en Puerto Rico, separadamente, la contabilidad relativa a sus operaciones, así como los records y expedientes que sean necesarios, además de prestar y someter aquellas declaraciones juradas, y cumplir con las reglas y reglamentos en vigor para el debido cumplimiento de los propósitos de esta ley y que el Secretario pueda prescribir de tiempo en tiempo en relación con la imposición y recaudación de toda clase de contribuciones; el concesionario deberá radicar debidamente cumplimentados los informes y encuestas para la preparación de estadísticas y estudios económicos que de tiempo en tiempo le solicite el Administrador en el desempeño de su cargo; y además, deberá radicar debidamente cumplimentados los informes que le requiera la Oficina del Comisionado de Instituciones Financieras;

-4-         Caso Núm. 97-8-I-63

DECRETESE, ADEMAS, que el Secretario de Hacienda del Gobierno de Puerto Rico hará una determinación, para cada año contributivo cubierto por esta exención, de la propiedad y del ingreso que la concesionaria ha utilizado en, o derivado de, las operaciones industriales que aquí se declaran exentas; DISPONIENDOSE, que nada de lo aquí contenido privará a la concesionaria de su derecho a revisión administrativa y judicial, dispuesto por vía constitucional, estatutaria o reglamentaria, de tales determinaciones del Secretario de Hacienda;

DECRETESE, ADEMAS, que el presente decreto de exención contributiva estará sujeto a la obligación continua de la concesionaria de mantener sus libros y cuentas en Puerto Rico;

DECRETESE, ADEMAS, que el Secretario de Hacienda del Gobierno de Puerto Rico, al determinar la propiedad usada en y el ingreso derivado de las operaciones industriales de la concesionaria sujeta a la exención, podrá revisar los libros, recibos, cuentas y cualquier otro documento que use la concesionaria en las operaciones de su industria exenta, para determinar que los precios de compra, precios de venta, cánones de arrendamiento, gastos imprevistos o cualquier otro gasto o costo incurrido, y cualesquiera otros precios, tasas o distribución de costos se hayan fijado tomando como base las operaciones comerciales normales dentro del negocio y no con propósito de evasión de las contribuciones que ordinariamente serían impuestas a aquellas actividades que no están dentro del alcance de las operaciones industriales cubiertas por la exención, o efectuar cargos, contra las operaciones llevadas a cabo en Puerto Rico bajo los términos del decreto de exención por concepto de costos, gastos, ganancias u otras cuentas propiamente atribuibles a las operaciones de la concesionaria llevadas a cabo fuera de Puerto Rico, DISPONIENDOSE, que cuando el Secretario de Hacienda del Gobierno de Puerto Rico encuentre que tal acción se ha tomado con el propósito de extender el alcance de la exención más allá de las operaciones industriales declaradas exentas en el presente decreto, tendrá facultad para efectuar los ajustes razonables correspondientes con el propósito de determinar las contribuciones dejadas de pagar por la concesionaria y gestionar su cobro, si alguno, y someterá al Gobernador recomendaciones sobre la acción que deba tomarse bajo las disposiciones de la Sección 8(c)(1) de la Ley y de los reglamentos promulgados al amparo de ésta; DISPONIENDOSE, que nada de lo aquí contenido privará a la concesionaria de su derecho a revisión administrativa y judicial, dispuesta por vía constitucional, estatutaria o reglamentaria, de tales determinaciones del Secretario de Hacienda;

DECRETESE, ADEMAS, que la concesionaria conducirá el negocio cubierto por el presente decreto de exención de buena fe y conforme a principios normales en las operaciones de negocios, y no atribuirá deliberadamente a las operaciones y cuentas de las actividades cubiertas por la exención aquellas otras actividades desarrolladas en Puerto Rico o en cualquier otro lugar que no forman parte de las operaciones del negocio cubierto por este decreto de exención;

DECRETESE, ADEMAS, que durante el período de efectividad del presente decreto de exención contributiva, la concesionaria no podrá adquirir propiedad o tomar acción alguna en contravención a las disposiciones de la Sección 7 de la Ley;

DECRETESE, ADEMAS, que como condición al disfrute continuo de la exención contributiva que el presente decreto concede, la concesionaria cumplirá con todas las disposiciones pertinentes de la Ley, y con todas las Reglas y Reglamentos promulgados por el Director de la Oficina de Exención Contributiva Industrial y aprobados por el Gobernador y/o la Secretaria de Estado a tenor con lo dispuesto en la Sección 9(1) de la Ley independientemente de si dichas disposiciones de Ley o Reglamento hayan sido o no mencionadas específicamente en este decreto de exención contributiva industrial; DISPONIENDOSE, sin embargo, que una vez aceptado por la concesionaria, este decreto se considerará como un contrato entre el Gobierno de Puerto Rico y la concesionaria;

-5-                    Caso Núm.  97-8-I-63

DECRETESE, ADEMAS, que al recibo de las copias certificadas del presente decreto de exención contributiva industrial, el Director de la Oficina de Exención Contributiva Industrial remitirá inmediatamente una copia a la concesionaria.


NORMA BURGOS
SECRETARIA DE ESTADO




R.F. NO. 98-052
FIRMADA Y RECONOCIDO:


Rafael A. Martínez Colón, LLM
Secretario Auxiliar de Servicios


A la fecha de: 21 de mayo de 1998

ARBNL636
ARBNF636

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE HACIENDA
AREA DE RENTAS INTERNAS
NEGOCIADO DE CONTROL DE PUERTOS

AVISO DE ASIGNACION DE NUMERO DE IDENTIFICACION DE ARBITRIOS

CIDRA METALLIC CASKET INC

PO BOX 177
CIDRA PR 00739-0177

NUMERO DE
IDENTIFICACION : MO1059

SEGURO SOCIAL : 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
FECHAS DE: (DD-MM-YYYY)
NOTIFICACION : 14-11-2013
EXPEDICION :
EXPIRACION 14-11-2014

ESTIMADO CONTRIBUYENTE SU SOLICITUD DE NUMERO DE IDENTIFICACION HA SIDO APROBADO.

SU NUMERO DE IDENTIFICACION DE ARBITRIOS APARECE EN LA PARTE SUPERIOR DERECHA, EL USO DE ESTE NUMERO ESTA SUJETO A LAS SIGUIENTES CONDICIONES:

- QUE NO SE UTILICE PARA IDENTIFICAR EMBARQUES AJENOS A SU COMPAÑIA Y DE LOS QUE NO SE HARA RESPONSABLE.

- ASEGURAR QUE LOS EMBARCADORES IDENTIFIQUEN SUS EMBARQUES CON EL NUMERO DE IDENTIFICACION ASIGNADO PARA LA ACTIVIDAD QUE SOLICITA.

- PRESENTAR LA DECLARACION MENSUAL Y ANUAL DE ARBITRIOS CORRESPONDIENTE. ( LA PLANILLA MENSUAL VENCE EL DIA 10 DEL MES SIGUIENTE A LA INTRODUCCION).

- RENOVAR ANUALMENTE SU NUMERO DE IDENTIFICACION.

- ENVIAR LAS PLANILLAS A LA SIGUIENTE DIRECCION:

NEGOCIADO DE PROCESAMIENTO DE PLANILLAS
DEPARTAMENTO DE HACIENDA
PO BOX 9022501
SAN JUAN PR 00902-2501

NOTA: DE NO CUMPLIR CON LAS REGLAS Y CONDICIONES QUE RIGEN EL USO DEL NUMERO DE IDENTIFICACION, ESTE SERA INACTIVADO Y PERDERA AUTOMATICAMENTE LOS PRIVILEGIOS DEL MISMO.

200 - 7700 ext 6132 parte alfonzo

PARA INFORMACION LLAMAR AL (787) 774-1493 O ESCRIBIR A LA SIGUIENTE DIRECCION:

NEGOCIADO DE CONTROL DE PUERTOS
OFICINA DE NUMERO DE IDENTIFICACION
DEPARTAMENTO DE HACIENDA
PO BOX 9024140
SAN JUAN PR 00902-4140

Inventory Report
As of March 4, 2014

Exhibit – C

| Description | Year | Plate | Amount |
|---|---|---|---|
| Freightliner – Truck Amarillo | 2004 | H-36627 | 6,000.00 |
| International Truck Blanco DT466 | 2002 | H-28477 | 6,000.00 |
| Isuzu Blanco Model NQR | 2006 | H-47417 | 6,000.00 |
| Chevrolet VAN Blanca | 2004 | 755-837 | 3,000.00 |
| Freightliner – Sprinter Blanca Modelo 2500 | 2006 | 823-383 | 3,000.00 |
| Freightliner – Sprinter Amarillo Modelo 2500 | 2007 | 840-674 | 4,500.00 |
| Jetta Gris | 2006 | | 2,000.00 |

**30,500.00**

## OFFICE EQUIPMENT INVENTORY

Exhibit - D

| Articulo | Modelo | Cantidad | Costo Unidad | Costo Inventario |
|---|---|---|---|---|
| Sillas | presidente (reclamar) | 3 | 50.00 | $ 150.00 |
| Sillas | lobby | 4 | 10.00 | $ 40.00 |
| Reloj ponchador | | 1 | 50.00 | $ 50.00 |
| Calculadora Sharp | EL-1801-A-II | 2 | 25.00 | $ 50.00 |
| Calculadora Texas Instrument | TI-5219 | 1 | 30.00 | $ 30.00 |
| Cuadros telefónicos Meridian | M-7310 | 1 | 250.00 | $ 250.00 |
| Archivo Global 5 gavetas | | 3 | 75.00 | $ 225.00 |
| Fotocopiadora | Toshiba ESTUDIO 242 | 1 | 500.00 | $ 500.00 |
| Escritorio (1) | contable | 1 | 65.00 | $ 65.00 |
| Computadora HP | ALL IN ONE | 1 | 599.00 | $ 599.00 |
| Printer | Okidata 420ml | 1 | 125.00 | $ 125.00 |
| Credenza | contable | 1 | 75.00 | $ 75.00 |
| Escritorio | secretaria | 1 | 65.00 | $ 65.00 |
| Computadora Dell | incluido | 1 | 699.00 | $ 699.00 |
| Caja fuerte Mosler | | 1 | 100.00 | $ 100.00 |
| Tablillero y cristales | | 1 | 25.00 | $ 25.00 |
| Escritorio | presidente | 1 | 375.00 | $ 375.00 |
| Credenza (presidente) | | 1 | 75.00 | $ 75.00 |
| Microondas Panasonic | NN-6472A | 1 | 189.00 | $ 189.00 |
| battery backup | 1500va | 2 | 69.00 | $ 138.00 |
| extintores | | 2 | 45.00 | $ 90.00 |
| | | | | $ 3,915.00 |

MACHINERY INVENTORY

Exhibit – E

| Articulo | Modelo | Cantidad | Costo Unidad | Costo inventario |
|---|---|---|---|---|
| Base de careta | | 2 | 10.00 | $ 20.00 |
| Fuente de agua | | 1 | 50.00 | $ 50.00 |
| Mesa máquina Singer | Modelo 191 | 1 | 50.00 | $ 50.00 |
| Máquina llenar almohada | | 1 | 50.00 | $ 50.00 |
| Máquina de remaches nueva | | 1 | 50.00 | $ 50.00 |
| Regulador de aire aceite | | 1 | 50.00 | $ 50.00 |
| Regulador de aire agua | | 1 | 50.00 | $ 50.00 |
| Cortadora de barras | | 1 | 60.00 | $ 60.00 |
| Máquina hacer rotos peq. | | 2 | 30.00 | $ 60.00 |
| Hand punch (hacer rotos a cajas) | | 2 | 30.00 | $ 60.00 |
| Pistero acetileno | | 1 | 70.00 | $ 70.00 |
| Conveyors 5' | | 1 | 75.00 | $ 75.00 |
| Bomba primer | | 1 | 100.00 | $ 100.00 |
| Lijadora de mano | | 4 | 25.00 | $ 100.00 |
| Regulador de gas | | 2 | 50.00 | $ 100.00 |
| Manga plástica de aire 25' | | 7 | 15.00 | $ 105.00 |
| Mesas giratorias cuarto pintura | | 3 | 50.00 | $ 150.00 |
| Máquina de Scratch | | 1 | 150.00 | $ 150.00 |
| Taladro Snap on de aire | | 4 | 40.00 | $ 160.00 |
| Máquina soldar nueva | AC-225 | 1 | 180.00 | $ 180.00 |
| Horno gas | DR-60-PFS-2-1204 | 1 | 200.00 | $ 200.00 |
| Máquina de picar metal | | 1 | 200.00 | $ 200.00 |
| Máquina trituradora papel | | 1 | 300.00 | $ 300.00 |
| Convellor cuarto pintura | | 2 | 150.00 | $ 300.00 |
| Lámparas de 8' (tubos) | | 4 | 75.00 | $ 300.00 |
| Horno primer | 48-HBS-4SOC | 1 | 300.00 | $ 300.00 |
| Tanque de diesel Agotech | Tanque 250 g | 1 | 300.00 | $ 300.00 |
| Máquina cortar madera (mano) | Rockwell MO-34-761 | 1 | 300.00 | $ 300.00 |
| Maquina cortar madera (banco) | Rockwell | 1 | 300.00 | $ 300.00 |
| Pistolas nuevas pintar | | 3 | 100.00 | $ 300.00 |
| Máquina picar tapas | 54G S/N 807 | 1 | 350.00 | $ 350.00 |
| maquinas de spot welding | | 1 | 400.00 | $ 400.00 |
| Compresor Sull Air 40hp | | 1 | 400.00 | $ 400.00 |
| Máquina coser Singer | Cadeneta 10 agujas | 1 | 400.00 | $ 400.00 |
| Mesa cortar tela | | 1 | 400.00 | $ 400.00 |
| Máquina coser Singer | Cadeneta 12 agujas | 1 | 400.00 | $ 400.00 |
| Convellor rodillos 10' | | 3 | 150.00 | $ 450.00 |
| Conveyors 10' | | 3 | 150.00 | $ 450.00 |
| Pulidora aire 7" sander | | 3 | 150.00 | $ 450.00 |
| Horno eléctrico | | 1 | 500.00 | $ 500.00 |
| Cuarto primer | | 1 | 500.00 | $ 500.00 |
| Máquina coser | Singer 491 | 5 | 100.00 | $ 500.00 |
| Máquina de alambre soldar | Millar S/N JH187488 | 3 | 175.00 | $ 525.00 |
| Maquina coser Georgia Attach | 41 agujas | 1 | 600.00 | $ 600.00 |
| Conveyor rodillos 10' | | 6 | 150.00 | $ 900.00 |
| Chimeneas calor horno | | 3 | 300.00 | $ 900.00 |
| Máquina hacer rotos grandes | | 1 | 1,000.00 | $ 1,000.00 |
| Extractor | | 1 | 1,097.47 | $ 1,097.47 |
| Conveyor 10 rodillos | | 20 | 60.00 | $ 1,200.00 |
| Extractores 36" | ver nota | 4 | 300.00 | $ 1,200.00 |
| Chimenea | | 1 | 1,500.00 | $ 1,500.00 |
| Finger | T50B | 1 | 1,800.00 | $ 1,800.00 |
| bordado | | 2 | 1,000.00 | $ 2,000.00 |
| Extintores | | 20 | 144.00 | $ 2,880.00 |
| Planta eléctrica | A6109342/333KW | 1 | 5,000.00 | $ 5,000.00 |
| Robot soldador | | 1 | 10,000.00 | $ 10,000.00 |
| Cabina de pintura | | 1 | 15,000.00 | $ 15,000.00 |
| Máquina doblar material | | 1 | 15,000.00 | $ 15,000.00 |
| | * TOTAL MACHINARY INVENTORY | | | $ 70,292.47 |

Page 1

## MATERIAL INVENTORY
### As Of March 3, 2014

| Artículo | Modelo | Cantidad | Unidad | Inventario |
|---|---|---|---|---|
| Rollos plasticos | 8½ x 8½ x 28 | 1 | 24.60 | $ 24.60 |
| Body End | 499 | 6 | 4.81 | $ 28.86 |
| Tapas de Baby 24" | | 1 | 32.03 | $ 32.03 |
| bodyEnd | 4521 (18G) | 5 | 7.00 | $ 35.00 |
| Tapas 499 | pares | 3 | 11.97 | $ 35.91 |
| Cartones | 1000x.33=331 por paleta | 122 | 0.33 | $ 40.26 |
| Cabezales Victoria | | 10 | 4.06 | $ 40.60 |
| Catedral | Cabezales | 10 | 4.40 | $ 44.00 |
| Apollo 48" Flesh 150 yardas | | 48 | 1.06 | $ 50.88 |
| 2- 22¼ x 750 cada rollo tiene2pz | bachette | 140 | 0.38 | $ 52.50 |
| Joann silver 225 yardas | | 48 | 1.13 | $ 54.24 |
| Shell Flower | Largueros/Piezas | 4 | 13.73 | $ 54.92 |
| Calvert 48" white 175 yardas | | 36 | 1.53 | $ 55.08 |
| Calvert 48" orchid 175 yardas | | 36 | 1.53 | $ 55.08 |
| Beacon Looms inc | Milan BLUE 156 yardas | 40 | 1.43 | $ 57.20 |
| Cartones tapiceo peq. | | 100 | 0.66 | $ 66.00 |
| Victoria | Largueros | 6 | 12.44 | $ 74.64 |
| Set | Wilson silver | 1 | 74.95 | $ 74.95 |
| Cabezales Shell Flower | | 12 | 6.68 | $ 80.16 |
| Pailas (25 gal) | Sprnce Blue 3310 | 10 | 8.20 | $ 82.00 |
| Beacon Looms inc | Venus white 150 yardas | 84 | 1.07 | $ 89.46 |
| Calvert 48" blue 175 yardas | | 60 | 1.53 | $ 91.80 |
| Cartones tapiceo grandes | | 100 | 0.97 | $ 97.00 |
| Body End | 499 Concord | 18 | 5.46 | $ 98.28 |
| Galones | Top Coat | 12 | 9.15 | $ 109.80 |
| Carlvert Rosetan 117 yardas | | 80 | 1.41 | $ 112.80 |
| Cabezales 499 | | 24 | 4.81 | $ 115.44 |
| Antique nickel | A-12 | 4 | 30.35 | $ 121.40 |
| Galones pintura | blue slate 5352 | 10 | 13.15 | $ 131.50 |
| 1988 | York | 14 | 9.44 | $ 132.16 |
| Tapas 10-10 | pares | 5 | 27.00 | $ 135.00 |
| Matress | | 84 | 1.87 | $ 157.08 |
| Cabezales Catedral | | 36 | 4.40 | $ 158.40 |
| Antique nickel | 650-250 | 4 | 41.85 | $ 167.40 |
| Cabezales Hopper | | 42 | 4.19 | $ 175.98 |
| Cabezales 10-10 | | 54 | 3.28 | $ 177.12 |
| Pailas (25 gal) | Tea Rose 1607 | 25 | 7.15 | $ 178.75 |
| Mattress Bases | | 18 | 10.61 | $ 190.98 |
| Pailas (25 gal) | Plum CC3343 | 14 | 13.80 | $ 193.20 |
| Toneladas de papel periódico | Tonelada | 4 | 50.00 | $ 200.00 |
| Antique nickel ampco | 202 | 4 | 51.70 | $ 206.80 |
| Tapa | Catedral | 5 | 42.39 | $ 211.95 |
| Neopolitan | 802h | 4 | 53.00 | $ 212.00 |
| Cabezales over size | | 20 | 10.61 | $ 212.20 |
| Pailas (25 gal) | Ryan Gold 3323 | 24 | 9.15 | $ 219.60 |

## MATERIAL INVENTORY
### As Of March 3, 2014

| Description | Code | Qty | Unit Price | Amount |
|---|---|---|---|---|
| Caja de goznes | 1630-9 | 1000 | 0.22 | $ 220.00 |
| | | 20 | 11.02 | $ 220.40 |
| Largueros Hopper | Licth Gem metal 1786 | 25 | 9.35 | $ 233.75 |
| Pailas (25 gal) | | 1 | 244.86 | $ 244.86 |
| Paleta cartón pequeña | New Blue 3310 | 30 | 8.20 | $ 246.00 |
| Pailas (80 gal) 8.20 por galon | 8050-1511-475 | 2 | 128.40 | $ 256.80 |
| Antique copper | | 3 | 85.85 | $ 257.55 |
| Marsh tree ganchos | set | 72 | 3.86 | $ 277.92 |
| Cabezales 20-20 | 598 | 4 | 72.51 | $ 290.04 |
| Antique nickel | Millar | 0.25 | 1,190.00 | $ 297.50 |
| Láminas Sagrados Corazón | 801-1595-400 | 4 | 76.45 | $ 305.80 |
| Piedad Antique nickel | Silver | 58 | 5.29 | $ 306.82 |
| Set/Barras | 23.5x37 | 1 | 331.00 | $ 331.00 |
| Paletas cartón tapicero | Headers 2035 | 30 | 11.25 | $ 337.50 |
| Pailas (200 gal) | 100 por caja | 78 | 5.29 | $ 412.62 |
| Cajas barras cortas | hardware | 12 | 34.76 | $ 417.12 |
| M-34 baby | | 1 | 435.99 | $ 435.99 |
| Paletas cartón grande | 1630-12 500 por caja | 1000 | 0.44 | $ 440.00 |
| Caja de goznes -- Set | Pink W-B 5302 | 40 | 11.00 | $ 440.00 |
| Galones | | 4 | 116.30 | $ 465.20 |
| Gothic | 850-1570-450 | 4 | 121.60 | $ 486.40 |
| Antique nickel | 2077 | 4 | $58.10 | $ 522.90 |
| Antique nickel | Cajas | 9 | 132.25 | $ 529.00 |
| 25 sets barras | Charcoal 1608 | 4 | 9.65 | $ 579.00 |
| Pailas (90 gal) 9.65 por galon | | 60 | ... | |
| Tapas over size | | 7 | 89.50 | $ 626.50 |
| Pailas (200 gal) | Pink 5302 | 60 | 11.00 | $ 660.00 |
| Largueros 10-10 | | 70 | 9.59 | $ 671.30 |
| 8080-8030 | caribe | 48 | 14.60 | $ 700.80 |
| Galones | sky blue w-b 5536 | 60 | 11.75 | $ 705.00 |
| Star cp | A-18 | 24 | 32.55 | $ 781.20 |
| Almohadas terminadas | | 58 | 15.00 | $ 870.00 |
| Pailas bhc6582rs (200 gal) | Higher solid white | 60 | 14.80 | $ 888.00 |
| 2020 | | 42 | $23.05 | $ 968.10 |
| Galones | water primer | 100 | 9.70 | $ 970.00 |
| pailas (200 gal) | silver cr 1434 | 120 | 10.20 | $ 1,224.00 |
| M31 Plastico | XV | 48 | 25.64 | $ 1,230.72 |
| Galones pintura | Blanca 5307 | 120 | 10.60 | $ 1,272.00 |
| Antiq.copp,gold,nickle | 1979 | 48 | 27.10 | $ 1,300.80 |
| | 504 | 24 | $57.65 | $ 1,383.60 |
| | 204 | 80 | 20.69 | $ 1,655.20 |
| Antique nickel | 348-347 | 60 | 30.00 | $ 1,800.00 |
| | total | | | $ 31,196.40 |

Exhibit - F

## MATERIAL INVENTORY
### As Of March 3, 2014

| Artículo | Modelo | Cantidad | Unidad | Inventario |
|---|---|---|---|---|
| Rolios plasticos | 8½ x 8½ x 28 | 1 | 24.60 | $ 24.60 |
| Body End | 499 | 6 | 4.81 | $ 28.86 |
| Tapas de Baby 24" | | 1 | 32.03 | $ 32.03 |
| bodyEnd | 4521 (18G) | 5 | 7.00 | $ 35.00 |
| Tapas 499 | pares | 3 | 11.97 | $ 35.91 |
| Cartones | 1000x.33=331 por paleta | 122 | 0.33 | $ 40.26 |
| Cabezales Victoria | | 10 | 4.06 | $ 40.60 |
| Catedral | Cabezales | 10 | 4.40 | $ 44.00 |
| Apollo 48" Flesh 150 yardas | | 48 | 1.06 | $ 50.88 |
| 2- 22½ x 750 cada rollo tiene2pz | bachette | 140 | 0.38 | $ 52.50 |
| Joann silver 225 yardas | | 48 | 1.13 | $ 54.24 |
| Shell Flower | Largueros/Piezas | 4 | 13.73 | $ 54.92 |
| Calvert 48" white 175 yardas | | 36 | 1.53 | $ 55.08 |
| Calvert 48" orchid 175 yardas | | 36 | 1.53 | $ 55.08 |
| Beacon Looms inc | Milan BLUE 156 yardas | 40 | 1.43 | $ 57.20 |
| Cartones tapiceo peq. | | 100 | 0.66 | $ 66.00 |
| Victoria | Largueros | 6 | 12.44 | $ 74.64 |
| Set | Wilson silver | 1 | 74.95 | $ 74.95 |
| Cabezales Shell Flower | | 12 | 6.68 | $ 80.16 |
| Pailas (25 gal) | Sprnce Blue  3310 | 10 | 8.20 | $ 82.00 |
| Beacon Looms inc | Venus white 150 yardas | 84 | 1.07 | $ 89.46 |
| Calvert 48" blue 175 yardas | | 60 | 1.53 | $ 91.80 |
| Cartones tapiceo grandes | | 100 | 0.97 | $ 97.00 |
| Body End | 499 Concord | 18 | 5.46 | $ 98.28 |
| Galones | Top Coat | 12 | 9.15 | $ 109.80 |
| Carlvert Rosetan 117 yardas | | 80 | 1.41 | $ 112.80 |
| Cabezales 499 | | 24 | 4.81 | $ 115.44 |
| Antique nickel | A-12 | 4 | 30.35 | $ 121.40 |
| Galones pintura | blue slate 5352 | 10 | 13.15 | $ 131.50 |
| 1988 | York | 14 | 9.44 | $ 132.16 |
| Tapas 10-10 | pares | 5 | 27.00 | $ 135.00 |
| Matress | | 84 | 1.87 | $ 157.08 |
| Cabezales Catedral | | 36 | 4.40 | $ 158.40 |
| Antique nickel | 650-250 | 4 | 41.85 | $ 167.40 |
| Cabezales Hopper | | 42 | 4.19 | $ 175.98 |
| Cabezales 10-10 | | 54 | 3.28 | $ 177.12 |
| Pailas (25 gal) | Tea Rose  1607 | 25 | 7.15 | $ 178.75 |
| Mattress Bases | | 18 | 10.61 | $ 190.98 |
| Pailas (25 gal) | Plum   CC3343 | 14 | 13.80 | $ 193.20 |
| Toneladas de papel periódico | Tonelada | 4 | 50.00 | $ 200.00 |
| Antique nickel ampco | 202 | 4 | 51.70 | $ 206.80 |
| Tapa | Catedral | 5 | 42.39 | $ 211.95 |
| Neopolitan | 802h | 4 | 53.00 | $ 212.00 |
| Cabezales over size | | 20 | 10.61 | $ 212.20 |
| Pailas (25 gal) | Ryan Gold 3323 | 24 | 9.15 | $ 219.60 |

## MATERIAL INVENTORY
### As Of March 3, 2014

| Description | | Qty | Price | | Amount |
|---|---|---|---|---|---|
| Caja de goznes------------- | 1630-9 | 1000 | 0.22 | $ | 220.00 |
| Largueros Hopper | | 20 | 11.02 | $ | 220.40 |
| Pailas (25 gal) | Licth Gem metal 1786 | 25 | 9.35 | $ | 233.75 |
| Paleta cartón pequeña | | 1 | 244.86 | $ | 244.86 |
| Pailas (80 gal) 8.20 por galon | New Blue 3310 | 30 | 8.20 | $ | 246.00 |
| Antique copper | 8050-1511-475 | 2 | 128.40 | $ | 256.80 |
| Marsh tree ganchos | set | 3 | 85.85 | $ | 257.55 |
| Cabezales 20-20 | | 72 | 3.86 | $ | 277.92 |
| Antique nickel | 598 | 4 | 72.51 | $ | 290.04 |
| Láminas Sagrados Corazón | Millar | 0.25 | 1,190.00 | $ | 297.50 |
| Piedad Antique nickel | 801-1595-400 | 4 | 76.45 | $ | 305.80 |
| Set/Barras | Silver | 58 | 5.29 | $ | 306.82 |
| Paletas cartón tapicero | 23.5x37 | 1 | 331.00 | $ | 331.00 |
| Pailas (200 gal) | Headers 2035 | 30 | 11.25 | $ | 337.50 |
| Cajas barras cortas | 100 por caja | 78 | 5.29 | $ | 412.62 |
| M-34 baby | hardware | 12 | 34.76 | $ | 417.12 |
| Paletas cartón grande | | 1 | 435.99 | $ | 435.99 |
|   Caja de goznes -- Set | 1630-12 500 por caja | 1000 | 0.44 | $ | 440.00 |
| Galones | Pink W-B 5302 | 40 | 11.00 | $ | 440.00 |
| Gothic | | 4 | 116.30 | $ | 465.20 |
| Antique nickel | 850-1570-450 | 4 | 121.60 | $ | 486.40 |
| Antique nickel | 2077 | 9 | $58.10 | $ | 522.90 |
| 25 sets barras | Cajas | 4 | 132.25 | $ | 529.00 |
| Pailas  (90 gal) 9.65 por galon | Charcoal 1608 | 60 | 9.65 | $ | 579.00 |
| Tapas over size | | 7 | 89.50 | $ | 626.50 |
| Pailas (200 gal) | Pink 5302 | 60 | 11.00 | $ | 660.00 |
| Largueros 10-10 | | 70 | 9.59 | $ | 671.30 |
| 8080-8030 | caribe | 48 | 14.60 | $ | 700.80 |
| Galones | sky blue w-b 5536 | 60 | 11.75 | $ | 705.00 |
| Star cp | A-18 | 24 | 32.55 | $ | 781.20 |
| Almohadas terminadas | | 58 | 15.00 | $ | 870.00 |
| Pailas bhc6582rs (200 gal) | Higher solid white | 60 | 14.80 | $ | 888.00 |
| 2020 | | 42 | $23.05 | $ | 968.10 |
| Galones | water primer | 100 | 9.70 | $ | 970.00 |
| pailas (200 gal) | silver cr 1434 | 120 | 10.20 | $ | 1,224.00 |
|   M31  Plastico | XV | 48 | 25.64 | $ | 1,230.72 |
| Galones pintura | Blanca 5307 | 120 | 10.60 | $ | 1,272.00 |
| Antiq.copp,gold,nickle | 1979 | 48 | 27.10 | $ | 1,300.80 |
| | 504 | 24 | $57.65 | $ | 1,383.60 |
| | 204 | 80 | 20.69 | $ | 1,655.20 |
| Antique nickel | 348-347 | 60 | 30.00 | $ | 1,800.00 |
| | total | | | $ | 31,196.40 |

Exhibit – G

## Finish Inventory Report
### as of March 3, 2014

| Item ID | Item Description | Units | Price Level | Total |
|---|---|---|---|---|
| 110BL | CONCORD I/BLANCA | 1.00 | 360.00 | 360.00 |
| 110CH | CONCORD I/CHARCOAL | 1.00 | 360.00 | 360.00 |
| 152CO | CARIBE/COPPER | 4.00 | 425.00 | 1,700.00 |
| 153GR | CARIBE YORK II/GRIS | 4.00 | 400.00 | 1,600.00 |
| 162SPK | 1010/SIX PACK CHARCOL | 1.00 | 435.00 | 435.00 |
| 170AA | 2020 A-18 FLOR/AZUL ALTO | 1.00 | 495.00 | 495.00 |
| 170BP | 2020 A-18 FLOR/BLANCA-ROSA | 2.00 | 495.00 | 990.00 |
| 170HBO | 2020 HOPER BLANCA ORO | 1.00 | 495.00 | 495.00 |
| 170CBR | 2020 CENTURY BLANCA ROSA | 1.00 | 495.00 | 495.00 |
| 170CAZ | 2020 CARVEL AZUL ALTO | 1.00 | 495.00 | 495.00 |
| BABY24 | BABY BLANCA ORO | 1.00 | 275.00 | 275.00 |
| OVER SIZE | OVER SIZE | 1.00 | 850.00 | 850.00 |
|  |  | 19.00 |  | 8,550.00 |

B6D (Official Form 6D) (12/07)

In re　CIDRA METALLIC CASKET, INC.　　　　　　　,　　Case No. _____
　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　　(If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☑ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |

| | | |
|---|---|---|
| 0　continuation sheets attached | Subtotal ➤ (Total of this page) | $　　0.00 ⎪ $　　0.00 |
| | Total ➤ (Use only on last page) | $　　0.00 ⎪ $　　0.00 |

(Report also on Summary of Schedules)　(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-792 - DCLM-JTEE*****

B6E (Official Form 6E) (04/13)

In re  CIDRA METALLIC CASKET, INC.                              ,        Case No._____
                        Debtor                                                                    (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of  priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.  If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name.  See 11 U.S.C. § 112 and Fed.R.Bankr.P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐  **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐  **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐  **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐  **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

*Amount subject to adjustment on 4/01/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment.

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-792 - DCLM-JTEE*****

**B6E (Official Form 6E) (04/13) - Cont.**

In re ___CIDRA METALLIC CASKET, INC._____,     Case No._____
                          Debtor                                           (if known)

<br>

☐  **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

<br>

☐  **Deposits by individuals**

   Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☑  **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

<br>

☐  **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).

<br>

☐  **Claims for Death or Personal Injury While Debtor Was Intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

<br>

   * Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<br>

_____1_____  **continuation sheets attached**

B6E (Official Form 6E) (04/13) - Cont.

In re CIDRA METALLIC CASKET, INC. ,                    Case No. _____
                  Debtor                                            (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)   Sec. 507(a)(8)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above..) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>CRIM<br>PO BOX 195387<br>SAN JUAN PR | | | | | | | 0.00 | 0.00 | 0.00 |
| ACCOUNT NO.<br><br>IRS<br>PO BOX 7317<br>PHILADELPHIA, PA 19101-7317 | | | Consideration:<br>TAXES | | | | 0.00 | 0.00 | 0.00 |
| ACCOUNT NO.<br><br>TREASURY DEPARTMENT<br>PO BOX 9024140<br>SAN JUAN PR | | | Consideration:<br>TAXES | | | | 0.00 | 0.00 | 0.00 |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. _1_ of _1_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | Subtotal (Totals of this page) | $ 0.00 | $ 0.00 | $ 0.00 |
|---|---|---|---|---|
| | Total (Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules) | $ 0.00 | | |
| | Totals (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ | $ 0.00 | $ 0.00 |

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.3-792 - DCLM-JTEE*****

B6F (Official Form 6F) (12/07)

In re   CIDRA METALLIC CASKET, INC.          ,          Case No. _____
　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　　　　(If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>BANCO POPULAR DE PR<br>PO BOX<br>SAN JUAN PR | | | Consideration: Credit Line | | | | 33,048.20 |
| ACCOUNT NO.<br><br>IRON CITY<br>PO BOX 128<br>IRON CITY, TN 38463 | | | Consideration: RAW MATERIAL USE IN TO CONSTRUCTION OF CASKETS | | | | 474,032.34 |
| ACCOUNT NO.  2064012472-00001<br><br>ORIENTAL BANK<br>PO BOX 195115<br>SAN JUAN PR  00917-5116 | | | Consideration: COMMERCIAL LOAN | | | | 160,974.12 |
| ACCOUNT NO.  2064013563<br><br>ORIENTAL BANK<br>PO BOX 195115<br>SAN JUAN PR  00917-5116 | | | Consideration: COMMERICAL LOAN | | | | 1,023,951.75 |

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver 4.7.2-792 - DC1-M-JTEE*****

_____continuation sheets attached          0

Subtotal ➤  $  1,692,006.41

Total ➤  $  1,692,006.41

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6G (Official Form 6G) (12/07)

In re   CIDRA METALLIC CASKET, INC.                                    Case No. _____
        _____                                   (if known)
                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| LIBERTY<br>PO BOX 71496<br>SAN JUAN PR 00936-8596 | PHONE UTILITIES |
| ATT<br>PO BOX 192385<br>SAN JUAN PR 00919-2385 | CELLULAR PHONE |
| EDWIN COTTO RODRIGUEZ<br>A3 CAGUAS REAL<br>CAGUAS PR 00725 | RENTAL AGREEMENT |
| SEBAGAN INVESTMENT, LLC<br>PO BOX 177<br>CIDRA PR 00739 | RENTAL AGREEMENT |
|  |  |
|  |  |
|  |  |

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-792 - DCLM-ITEE*****

B6H (Official Form 6H) (12/07)

In re   CIDRA METALLIC CASKET, INC.                          Case No. _____
Debtor                                                                                              (if known)

## SCHEDULE H - CODEBTORS

   Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| EDWIN COTTO RODRIGUEZ<br>CAGUAS REAL A-3<br>CAGUAS PR  00725 | ORIENTAL BANK<br>PO BOX 195115<br>SAN JUAN PR  00917-5116 |

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-792 - DCLM-JTEEF*****

B6 (Official Form 6 - Declaration) (12/07)

CIDRA METALLIC CASKET, INC.

In re _____    Case No. _____
                    **Debtor**                                                (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

  I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____    Signature: _____
                                                                    Debtor

Date _____    Signature: _____
                                                            (Joint Debtor, if any)

[If joint case, both spouses must sign.]

--------------------------------------------------------------------------------
### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

  I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

Printed or Typed Name and Title, if any,        Social Security No.
of Bankruptcy Petition Preparer          *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____

_____

Address

X _____    _____
  Signature of Bankruptcy Petition Preparer          Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

--------------------------------------------------------------------------------

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

  I, the __PRESIDENT_____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the CIDRA METALLIC CASKET, INC.[corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___ sheets *(total shown on summary page plus 1)*, and that they are true and correct to the best of my knowledge, information, and belief.

Date ___8/1/15_____    Signature: _____
                EDWIN COTTO RODRIGUEZ
              [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

--------------------------------------------------------------------------------
*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/13)

# UNITED STATES BANKRUPTCY COURT
## Distsrict of Puerto Rico

In Re  CIDRA METALLIC CASKET, INC.                                    Case No. _____
                                                                                    (if known)

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor.  Spouses filing a joint petition may file a single statement on which the information for both spouses is combined.  If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors.  Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25.  If the answer to an applicable question is "None," mark the box labeled "None."  If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."*  A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership.  An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time.  An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."*  The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor.  11 U.S.C. § 101.

### 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.  Identify the beginning and ending dates of the debtor's fiscal year.)  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| | AMOUNT | SOURCE |
|---|---|---|
| 2014 | (1,729,814) | MANUFACTURE LOSS |
| 2013 | 1,191,153 | MANUFACTURE INCOME |
| 2012 | 1,497,103 | MANUFACTURE INCOME |

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-792 - DCLM-JTEE*****

B7 (Official Form 7) (04/13)                                                                                                  2

**2. Income other than from employment or operation of business**

None

☒

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|--------|--------|

None

☒

**3. Payments to creditors**

*Complete a. or b., as appropriate, and c.*

*a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|------------------------------|-------------------|-------------|---------------------|

None

☐

*b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*. If the debtor is an individual, indicate with an asterisk (*)any payments that were made to a creditor on account of a domestic support obligation or as part of an alternativerepayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after date of adjustment.*

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|----------------------------------------------------------|-------------------|-------------|---------------------|
| EXHIBIT H | | 116,494.15 | |

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-792 - DCLA4-ITEH*****

B7 (Official Form 7) (04/13)                                                                                    3

None
☐     c. *All debtors:* List all payments made within one year immediately preceding the commencement of this case
      to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13
      must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are
      separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| EXHIBIT I | | 83,571.81 | |

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None
☐     a.    List all suits and administrative proceedings to which the debtor is or was a party within one year
      immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13
      must include information concerning either or both spouses whether or not a joint petition is filed, unless the
      spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| ORIENTAL BANK V. DEBTOR ECD2013-1535 | FORECLOSURE OF MORTGAGE | CAGUAS | ANSWER TO THE COMPLAINT |

None
☒     b.    Describe all property that has been attached, garnished or seized under any legal or equitable process
      within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12
      or chapter 13 must include information concerning property of either or both spouses whether or not a joint
      petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None
☒     List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a
      deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement
      of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning
      property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a
      joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

B7 (Official Form 7) (04/13)                                                                                              4

---

**6. Assignments and Receiverships**

None  a.    Describe any assignment of property for the benefit of creditors made within 120 days immediately
☒     preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include
      any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated
      and a joint petition is not filed.)

| NAME AND<br>ADDRESS<br>OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF<br>ASSIGNMENT<br>OR SETTLEMENT |
|---|---|---|

---

None  b.    List all property which has been in the hands of a custodian, receiver, or court-appointed official within
☒     one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or
      chapter 13 must include information concerning property of either or both spouses whether or not a joint petition
      is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND<br>ADDRESS<br>OF CUSTODIAN | NAME AND LOCATION<br>OF COURT CASE TITLE<br>& NUMBER | DATE OF<br>ORDER | DESCRIPTION AND<br>VALUE OF PROPERTY |
|---|---|---|---|

---

**7.   Gifts**

None      List all gifts or charitable contributions made within one year immediately preceding the commencement of
☒     this case, except ordinary and usual gifts to family members aggregating less than $200 in value per individual
      family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing
      under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a
      joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND<br>ADDRESS OF<br>PERSON OR ORGANIZATION | RELATIONSHIP<br>TO DEBTOR, IF ANY | DATE OF<br>GIFT | DESCRIPTION AND<br>VALUE OF GIFT |
|---|---|---|---|

---

**8.   Losses**

None      List all losses from fire, theft, other casualty or gambling within one year immediately preceding the
☒     commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12
      or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the
      spouses are separated and a joint petition is not filed.)

| DESCRIPTION<br>AND VALUE<br>OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES, AND, IF LOSS<br>WAS COVERED IN WHOLE OR IN PART BY<br>INSURANCE, GIVE PARTICULARS | DATE OF<br>LOSS |
|---|---|---|

B7 (Official Form 7) (04/13)

5

**9. Payments related to debt counseling or bankruptcy**

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| F. DAVID GODREAU ZAYAS<br>Latimer,Biaggi,Rachid & Godreau LLP<br>PO Box 9022512<br>San Juan PR 00902-2512 | 5/30/2015 | $5,000.00 ( RETAINER) |

**10. Other transfers**

None ☒

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

b.  List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

None ☒

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-792 - DCLM-JTEE*****

B7 (Official Form 7) (04/13)

6

---

**12. Safe deposit boxes**

None
☒

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

---

**13. Setoffs**

None
☒

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

---

**14. Property held for another person**

None
☐

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| INTERNATIONAL CASKET, INC. PO BOX 177 CIDRA PR 00739 | MANUFACTURING EQUIPMENT. NOT IN USE PLACED IN RACKS. 6 WELDING MACHINES 1 PAINT - 3 COMPRESORS 2 SAWS - 3 SAWING MACHINES 1 CHAIN STICH MACHING 25 PAT WASHING MACHINES $19,450.00 | 172 Road Km. 7.9 Barrio Certeneja Cidra, PR |

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-792 - DCLM-JTEH*****

B7 (Official Form 7) (04/13)                                                                                                          7

---

**15. Prior address of debtor**

None
☒

If the debtor has moved within the three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

ADDRESS                                     NAME USED                                     DATES OF OCCUPANCY

---

**16. Spouses and Former Spouses**

None
☒

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

**17. Environmental Sites**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

---

None
☒

a.   List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

SITE NAME                  NAME AND ADDRESS                DATE OF           ENVIRONMENTAL
AND ADDRESS               OF GOVERNMENTAL UNIT            NOTICE                  LAW

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-792 - DCLM-ITRE*****

B7 (Official Form 7) (04/13)    8

b.    List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None
☒

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

c.    List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

None
☒

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18. Nature, location and name of business**

None
☐

a.    If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or  was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity  securities, within the six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| CIDRA METALLIC CASKET, INC. | 9181 | 172 ROAD KM. 7.9 CERTENEJA WARD CIDRA PR 00739 | MANUFACTURE | 1977 TO PRESENT |

b.    Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

None
☒

| NAME | ADDRESS |
|---|---|

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-792 - DCLM-ITEH*****

B7 (Official Form 7) (04/13)                                                                                          9

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, record and financial statements

None ☐    a.    List all bookkeepers and accountants who within the two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| ARNALDO J. VEGA PAGAN | 2014 TO PRESENT |

None ☐    b.    List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| CARLOS COLON BERMUDEZ | CALLE LOS ALMENDROS #8 LOS LAURELES CAYEY PR 00736 | SINCE 2007 |

None ☐    c.    List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| ARNALDO J. VEGA PAGAN | 78 Aquamarina St. Office 3 Urb. Villablanca Caguas PR 00725 |

B7 (Official Form 7) (04/13)                                                                                    10

None
☒        d.     List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom
         a financial statement was issued within the two years immediately preceding the commencement of this case by
         the debtor.

            NAME AND ADDRESS                              DATE
                                                         ISSUED

         **20. Inventories**

None
☒        a.     List the dates of the last two inventories taken of your property, the name of the person who supervised the
         taking of each inventory, and the dollar amount and basis of each inventory.

            DATE OF INVENTORY            INVENTORY SUPERVISOR            DOLLAR AMOUNT OF INVENTORY
                                                                        (Specify cost, market or other basis)

None
☒        b.     List the name and address of the person having possession of the records of each of the two inventories
         reported in a., above.

            DATE OF INVENTORY                            NAME AND ADDRESSES OF CUSTODIAN OF
                                                         INVENTORY RECORDS

         **21. Current Partners, Officers, Directors and Shareholders**

None
☐        a.     If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

            NAME AND ADDRESS              NATURE OF INTEREST            PERCENTAGE OF INTEREST

            EDWIN COTTO RODRIGUEZ         OWNER                                     100%
            CAGUAS REAL A-3
            CAGUAS PR 00725

None
☒        b.     If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who
         directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

            NAME AND ADDRESS                   TITLE                    NATURE AND PERCENTAGE OF
                                                                        STOCK OWNERSHIP

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-792 - DCLM-TYEB*****

B7 (Official Form 7) (04/13)                                                                                                11

**22. Former partners, officers, directors and shareholders**

None     a.      If the debtor is a partnership, list each member who withdrew from the partnership within one year
☒        immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|------|---------|--------------------|

None     b.      If the debtor is a corporation, list all officers, or directors whose relationship with the corporation
☒        terminated within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|------------------|-------|---------------------|

**23. Withdrawals from a partnership or distribution by a corporation**

None     If the debtor is a partnership or a corporation, list all withdrawals or distributions credited or given to an
☒        insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other
perquisite during one year immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|------|------|------|

**24. Tax Consolidation Group**

None     If the debtor is a corporation, list the name and federal taxpayer identification number of the parent
☒        corporation of any consolidated group for tax purposes of which the debtor has been a member at any time
within the six-year period immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|----------------------------|--------------------------------------|

**25. Pension Funds**

None     If the debtor is not an individual, list the name and federal taxpayer identification number of any pension
☒        fund to which the debtor, as an employer, has been responsible for contributing at any time within the six-year
period immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|----------------------|--------------------------------------|

*   *   *   *   *   *

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.3-792 - DCL14-ITEH*****

B7 (Official Form 7) (04/13)                                                                                                          12

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date _____8/1/15_____          Signature _____

                                                EDWIN COTTO RODRIGUEZ
                                                PRESIDENT
                                                _____
                                                Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

_____0_____ continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §152 and 3571*

---

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and required under 11U.S.C. §§ 110(b), 110(h), and 342(b); (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.

_____          _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer          Social Security No. (Required by 11 U.S.C. § 110(c).)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____          _____

_____
Address

X_____          _____
Signature of Bankruptcy Petition Preparer                                    Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. §156.*

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-792 - DCLM-FTEE*****

Exhibit – H

Cidra Metallic Casket, Inc.

Check Register 90Days Amount > 600.00

For the Period From May 1, 2015 to Jul 28, 2015

| Cash Account | Check # | Date | Payee | Amount |
|---|---|---|---|---|
| 10300 | 799 | 5/1/15 | CIDRA METALLIC CASKET | 5,500.00 |
| 10300 | 801 | 5/1/15 | JOSE M. BAEZ | 600.00 |
| 10300 | 802 | 5/5/15 | CERTENEJAS SERVICE STATION | 1,597.25 |
| 10300 | 804 | 5/5/15 | TURABO SERVICE STATION | 672.55 |
| 10300 | 811 | 5/7/15 | CIDRA METALLIC CASKET | 3,300.00 |
| 10300 | 813 | 5/7/15 | AJV PRACTICE MANAGEMENT CONSULTAN, CSP | 975.00 |
| 10300 | 815 | 5/8/15 | JULIO RODRIGUEZ US CUSTOMS BROKER | 2,851.06 |
| 10300 | 819 | 5/14/15 | CIDRA METALLIC CASKET | 4,000.00 |
| 10300 | 820 | 5/14/15 | CIDRA METALLIC CASKET | 650.00 |
| 10300 | 833 | 5/21/15 | CIDRA METALLIC CASKET | 750.00 |
| 10300 | 836 | 5/21/15 | CIDRA METALLIC CASKET | 5,845.00 |
| 10300 | 837 | 5/21/15 | CIDRA METALLIC CASKET | 2,700.00 |
| 10300 | 840 | 5/26/15 | PPG INDUSTIES. INC | 6,983.00 |
| 10300 | 844 | 5/28/15 | CIDRA METALLIC CASKET | 2,000.00 |
| 10300 | 845 | 5/28/15 | CIDRA METALLIC CASKET | 1,900.00 |
| 10300 | 853 | 6/3/15 | TURABO SERVICE STATION | 949.41 |
| 10300 | 854 | 6/3/15 | CERTENEJAS SERVICE STATION | 2,660.23 |
| 10300 | 855 | 6/15/15 | LS TEXTILES, INC. | 686.70 |
| 10300 | 859 | 6/4/15 | CIDRA METALLIC CASKET | 5,000.00 |
| 10300 | 860 | 6/4/15 | CIDRA METALLIC CASKET | 800.00 |
| 10300 | 866 | 6/11/15 | CIDRA METALLIC CASKET | 700.00 |
| 10300 | 867 | 6/11/15 | CIDRA METALLIC CASKET | 4,500.00 |
| 10300 | 871 | 6/12/15 | BANCO POPULAR | 4,000.00 |
| 10300 | 883 | 6/18/15 | CIDRA METALLIC CASKET | 4,000.00 |
| 10300 | 884 | 6/18/15 | CIDRA METALLIC CASKET | 700.00 |
| 10300 | 885 | 6/19/15 | SECRETARIO DE HACIENDA | 2,339.00 |
| 10300 | 890 | 6/25/15 | CIDRA METALLIC CASKET | 2,500.00 |
| 10300 | 891 | 6/25/15 | CIDRA METALLIC CASKET | 1,800.00 |
| 10300 | 895 | 6/30/15 | SECRETARIO DE HACIENDA | 6,239.00 |
| 10300 | 896 | 7/1/15 | JULIO CRUZ | 1,400.00 |
| 10300 | 897 | 7/2/15 | CIDRA METALLIC CASKET | 4,000.00 |
| 10300 | 898 | 7/2/15 | CIDRA METALLIC CASKET | 650.00 |
| 10300 | 904 | 7/9/15 | CIDRA METALLIC CASKET | 3,500.00 |
| 10300 | 907 | 7/9/15 | CERTENEJAS SERVICE STATION | 3,619.48 |
| 10300 | 908 | 7/9/15 | TURABO SERVICE STATION | 870.33 |
| 10300 | 911 | 7/10/15 | BANCO POPULAR | 3,316.62 |
| 10300 | 922 | 7/16/15 | CIDRA METALLIC CASKET | 4,000.00 |
| 10300 | 925 | 7/17/15 | LANCO MANUFACTURING CORP. | 2,137.50 |
| 10300 | 928 | 7/21/15 | SUPER PLASTIC,INC | 827.28 |
| 10300 | 933 | 7/23/15 | CIDRA METALLIC CASKET | 3,600.00 |
| 10300 | 934 | 7/23/15 | CIDRA METALLIC CASKET | 600.00 |
| 10350 | 1080 | 5/21/15 | Edwin Cotto Velez | 902.06 |
| 10350 | 1103 | 5/28/15 | Edwin Cotto Rodriguez | 1,001.29 |
| 10350 | 1104 | 5/28/15 | Sara Cruz Rivera | 3,032.99 |
| 10350 | 1141 | 6/19/15 | Edwin Cotto Velez | 902.06 |
| 10350 | 1159 | 6/26/15 | Edwin Cotto Rodriguez | 1,001.29 |
| 10350 | 1160 | 6/26/15 | Sara Cruz Rivera | 3,032.99 |
| 10350 | 1191 | 7/17/15 | Edwin Cotto Velez | 902.06 |
|  |  |  | Total | 116,494.15 |

Cidra Metallic Casket, Inc.

Check Register

For the Period From Jul 28, 2014 to Jul 28, 2015

| Check# | Date | Payee | Amount |
|---|---|---|---|
| 389 | 7/30/14 | Edwin Cotto Rodriguez | 1,001.29 |
| 446 | 8/29/14 | Edwin Cotto Rodriguez | 1,001.29 |
| 504 | 9/26/14 | Edwin Cotto Rodriguez | 1,001.29 |
| 572 | 10/29/14 | Edwin Cotto Rodriguez | 1,001.29 |
| 449 | 11/5/14 | Edwin Cotto Rodriguez | 973.27 |
| 647 | 11/26/14 | Edwin Cotto Rodriguez | 1,001.29 |
| 717 | 12/19/14 | Edwin Cotto Rodriguez | 600.00 |
| 729 | 12/24/14 | Edwin Cotto Rodriguez | 1,001.29 |
| 759 | 12/31/14 | Edwin Cotto Rodriguez | 1,001.29 |
| 824 | 1/30/15 | Edwin Cotto Rodriguez | 1,001.29 |
| 901 | 2/27/15 | Edwin Cotto Rodriguez | 1,001.29 |
| 973 | 3/27/15 | Edwin Cotto Rodriguez | 1,001.29 |
| 1041 | 4/30/15 | Edwin Cotto Rodriguez | 1,001.29 |
| 1103 | 5/28/15 | Edwin Cotto Rodriguez | 1,001.29 |
| 1159 | 6/26/15 | Edwin Cotto Rodriguez | 1,001.29 |
|  |  |  | 14,590.04 |
|  |  |  |  |
| 404 | 8/1/14 | Edwin Cotto Velez | 262.81 |
| 406 | 8/8/14 | Edwin Cotto Velez | 262.81 |
| 417 | 8/15/14 | Edwin Cotto Velez | 262.81 |
| 427 | 8/19/14 | Edwin Cotto Velez | 645.00 |
| 428 | 8/21/14 | Edwin Cotto Velez | 262.81 |
| 438 | 8/29/14 | Edwin Cotto Velez | 262.81 |
| 451 | 9/5/14 | Edwin Cotto Velez | 262.81 |
| 463 | 9/12/14 | Edwin Cotto Velez | 262.81 |
| 491 | 9/19/14 | Edwin Cotto Velez | 1,014.94 |
| 494 | 9/26/14 | Edwin Cotto Velez | 262.81 |
| 511 | 10/3/14 | Edwin Cotto Velez | 262.81 |
| 526 | 10/10/14 | Edwin Cotto Velez | 262.81 |
| 541 | 10/17/14 | Edwin Cotto Velez | 907.81 |
| 556 | 10/24/14 | Edwin Cotto Velez | 262.81 |
| 575 | 10/31/14 | Edwin Cotto Velez | 262.81 |
| 591 | 11/7/14 | Edwin Cotto Velez | 262.81 |
| 606 | 11/14/14 | Edwin Cotto Velez | 262.81 |
| 620 | 11/20/14 | Edwin Cotto Velez | 645.00 |
| 622 | 11/21/14 | Edwin Cotto Velez | 262.81 |
| 637 | 11/26/14 | Edwin Cotto Velez | 262.81 |
| 656 | 12/5/14 | Edwin Cotto Velez | 203.51 |
| 671 | 12/5/14 | Edwin Cotto Velez | 600.00 |
| 686 | 12/12/14 | Edwin Cotto Velez | 257.06 |
| 702 | 12/19/14 | Edwin Cotto Velez | 902.06 |
| 738 | 12/24/14 | Edwin Cotto Velez | 257.06 |
| 742 | 12/24/14 | Edwin Cotto Velez | 155.69 |
| 753 | 12/31/14 | Edwin Cotto Velez | 149.94 |
| 699 | 1/9/15 | Edwin Cotto Velez | 149.94 |
| 779 | 1/16/15 | Edwin Cotto Velez | 257.06 |
| 795 | 1/19/15 | Edwin Cotto Velez | 645.00 |
| 797 | 1/23/15 | Edwin Cotto Velez | 257.06 |
| 814 | 1/30/15 | Edwin Cotto Velez | 257.06 |
| 836 | 2/6/15 | Edwin Cotto Velez | 257.06 |
| 855 | 2/13/15 | Edwin Cotto Velez | 257.06 |
| 873 | 2/20/15 | Edwin Cotto Velez | 902.06 |
| 891 | 2/27/15 | Edwin Cotto Velez | 257.06 |
| 911 | 3/6/15 | Edwin Cotto Velez | 257.06 |
| 673 | 3/10/15 | Edwin Cotto Velez | 400.00 |
| 928 | 3/13/15 | Edwin Cotto Velez | 257.06 |
| 945 | 3/20/15 | Edwin Cotto Velez | 902.06 |
| 963 | 3/27/15 | Edwin Cotto Velez | 257.06 |
| 982 | 4/1/15 | Edwin Cotto Velez | 257.06 |

Cidra Metallic Casket, Inc.

Check Register

For the Period From Jul 28, 2014 to Jul 28, 2015

| Check # | Date | Payee | Amount |
|---|---|---|---|
| 1000 | 4/10/15 | Edwin Cotto Velez | 257.06 |
| 1013 | 4/17/15 | Edwin Cotto Velez | 902.06 |
| 1026 | 4/24/15 | Edwin Cotto Velez | 257.06 |
| 1044 | 5/1/15 | Edwin Cotto Velez | 257.06 |
| 1078 | 5/8/15 | Edwin Cotto Velez | 257.06 |
| 1068 | 5/15/15 | Edwin Cotto Velez | 257.06 |
| 1080 | 5/21/15 | Edwin Cotto Velez | 902.06 |
| 1094 | 5/28/15 | Edwin Cotto Velez | 257.06 |
| 1110 | 6/5/15 | Edwin Cotto Velez | 257.06 |
| 1125 | 6/12/15 | Edwin Cotto Velez | 257.06 |
| 1141 | 6/19/15 | Edwin Cotto Velez | 902.06 |
| 1139 | 6/26/15 | Edwin Cotto Velez | 471.32 |
| 1165 | 7/3/15 | Edwin Cotto Velez | 257.06 |
| 1177 | 7/10/15 | Edwin Cotto Velez | 257.06 |
| 1191 | 7/17/15 | Edwin Cotto Velez | 902.06 |
| 1201 | 7/24/15 | Edwin Cotto Velez | 257.06 |
| | | | 22,419.91 |
| | | | |
| 388 | 7/30/14 | Sara Cruz Rivera | 3,032.99 |
| 447 | 8/29/14 | Sara Cruz Rivera | 3,032.99 |
| 505 | 9/26/14 | Sara Cruz Rivera | 3,032.99 |
| 573 | 10/29/14 | Sara Cruz Rivera | 3,032.99 |
| 455 | 11/10/14 | Sara Cruz Rivera | 1,500.00 |
| 648 | 11/26/14 | Sara Cruz Rivera | 3,032.99 |
| 514 | 12/10/14 | Sara Cruz Rivera | 2,000.00 |
| 730 | 12/24/14 | Sara Cruz Rivera | 3,032.99 |
| 760 | 12/31/14 | Sara Cruz Rivera | 3,032.99 |
| 776 | 1/9/15 | Sara Cruz Rivera | 600.00 |
| 825 | 1/30/15 | Sara Cruz Rivera | 3,032.99 |
| 846 | 2/6/15 | Sara Cruz Rivera | 3,032.99 |
| 902 | 2/27/15 | Sara Cruz Rivera | 3,032.99 |
| 974 | 3/27/15 | Sara Cruz Rivera | 3,032.99 |
| 1042 | 4/30/15 | Sara Cruz Rivera | 3,032.99 |
| 1104 | 5/28/15 | Sara Cruz Rivera | 3,032.99 |
| 1160 | 6/26/15 | Sara Cruz Rivera | 3,032.99 |
| | | | 46,561.86 |
| | | Total | $ 83,571.81 |

7/29/2015 at 6:23 AM

ATT
PO BOX 192385
SAN JUAN PR  00919-2385

PO BOX
SAN JUAN PR

PO BOX 195387
SAN JUAN PR

EDWIN COTTO RODRIGUEZ
A3 CAGUAS REAL
CAGUAS PR  00725

EDWIN COTTO RODRIGUEZ
CAGUAS REAL A-3
CAGUAS PR  00725

IRON CITY
PO BOX 128
IRON CITY, TN 38463

IRS
PO BOX 7317
PHILADELPHIA, PA 19101-7317

LIBERTY
PO BOX 71496
SAN JUAN PR 00936-8596

ORIENTAL BANK
PO BOX 195115
SAN JUAN PR  00917-5116

SEBAGAN INVESTMENT, LLC
PO BOX 177
CIDRA PR 00739

TREASURY DEPARTMENT
PO BOX 9024140
SAN JUAN PR

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF PUERTO RICO

In re:    **CIDRA METALLIC CASKET, INC.**                                Case No. _____

                              Debtor                                Chapter **11** _____

# VERIFICATION OF CREDITOR MATRIX

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of  sheet(s) is complete, correct and consistent with the debtor's schedules pursuant to Local Bankruptcy Rules and I/we assume all responsibility for errors and omissions.

Dated: _____ 8/1/15 _____

Signed: _____
EDWIN COTTO RODRIGUEZ