## United States Bankruptcy Court

### District of Puerto Rico

In re:

CIDRA METALLIC CASKET, INC.

Case No. _____
Chapter  **11**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, EDWIN COTTO RODRIGUEZ, declare under penalty of perjury that I am the ___ of CIDRA METALLIC CASKET, INC., a Corporation and that on ___ the following resolution was duly adopted by the ___ of this Corporation:

"Whereas, it is in the best interest of this Corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that EDWIN COTTO RODRIGUEZ, PRESIDENT of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the Corporation; and

Be It Further Resolved, that EDWIN COTTO RODRIGUEZ, PRESIDENT of this Corporation, is authorized and directed to appear in all bankruptcy proceedings on behalf of the Corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Corporation in connection with such bankruptcy case; and

Be It Further Resolved, that EDWIN COTTO RODRIGUEZ, PRESIDENT of this Corporation, is authorized and directed to employ F. DAVID GODREAU ZAYAS, attorney and the law firm of LATIMER, BIAGGI, RACHID & GODREAU to represent the Corporation in such bankruptcy case."

Executed on: 8/1/15

Signed: _____
EDWIN COTTO RODRIGUEZ